B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**MIDLAND DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trinity Environmental SWD, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **46-2717020** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**13443 Highway 71 West**<br>**Bee Cave, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **78738** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**Midland County, Texas**

ZIP CODE

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)**                                      **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Trinity Environmental SWD, L.L.C.** |
| --- | --- |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>                                      Date |
| --- | --- |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                              _____<br>                              (Name of landlord that obtained judgment)

                              _____<br>                              (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.11.1, ID 0024856850)*

B1 (Official Form 1) (04/13)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): **Trinity Environmental SWD, L.L.C.** |
| --- | --- |
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Mark C. Taylor
_____
  **Mark C. Taylor**                Bar No. **19713225**

**Taube Summers Harrison Taylor Meinzer Brown LLP**
**100 Congress Ave., Suite 1800**
**Austin, TX 78701**

Phone No. **(512) 472-5997**        Fax No. **(512) 472-5248**

  10/12/2015
_____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Trinity Environmental SWD, L.L.C.**

X  /s/ Daniel B. Porter
_____
Signature of Authorized Individual

  **Daniel B. Porter**
_____
Printed Name of Authorized Individual

**CEO**
_____
Title of Authorized Individual

**10/12/2015**
_____
Date

Address

X_____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

IN RE:   **Trinity Environmental SWD, L.L.C.**                          Case No.

                                                                      Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CHEM TECH SERVICES INC<br>PO BOX 1619<br>LEVELLAND, TX 79336 | | Unknown | | **$391,278.43** |
| CAMBRIAN MANAGEMENT LTD<br>PO BOX 272<br>MIDLAND, TX 79702 | | Unknown | | **$260,472.45** |
| STAR ELECTRIC CO OF TEXAS<br>PO BOX 4577<br>ODESSA, TX 79760 | | Unknown | | **$152,011.58** |
| SABINE STORAGE &<br>OPERATIONS IN<br>5718 WESTHEIMER<br>STE 1251<br>HOUSTON, TX 77057-5704 | | Unknown | | **$142,754.84** |
| KNIGHTEN MACHINE & SERVICE INC<br>PO BOX 12587<br>ODESSA, TX 79768 | | Services | | **$133,307.32** |
| VOYAGER ENERGY SERVICES LLC<br>PO BOX 51992<br>AMARILLO, TX 79159 | | Unknown | | **$121,484.49** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **Trinity Environmental SWD, L.L.C.**                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CONESTOGA ROVERS & ASSOCIATES<br>PO BOX 8000<br>DEPARTMENT 406<br>BUFFALO, NY 14267 | | Services | | **$112,617.52** |
| DXP ENTERPRISES INC<br>PO BOX 201791<br>DALLAS, TX 75320-1791 | | Services | | **$91,938.44** |
| STEVE KENT TRUCKING NM LLC<br>PO BOX 1890<br>HOBBS, NM 88241 | | Unknown | | **$81,866.96** |
| GE OIL & GAS ESP INC<br>PO BOX 301200<br>DALLAS, TX 75303-1338 | | Services | | **$77,227.11** |
| WLP OILFIELD SERVICES LP<br>PO BOX 1270<br>MIDLAND, TX 79702 | | Unknown | | **$73,099.66** |
| RELIANT<br>PO BOX 120954<br>DALLAS, TX 75312-0954 | | Unknown | | **$72,922.60** |
| GIBSON OILFIELD SERVICES INC<br>PO BOX 998<br>GRANBURY, TX 76048 | | Services | | **$63,765.96** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **Trinity Environmental SWD, L.L.C.**                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ROCKIN M SERVICES<br>PO BOX 459<br>FORT STOCKTON, TX 79735 | | Unknown | | **$63,334.00** |
| INTEGRATED CONTROL SOLUTIONS L<br>PO BOX 62276<br>MIDLAND, TX 79711 | | Services | | **$56,456.28** |
| LITTLE JOHNS WELDING SERVICE<br>PO BOX 1146<br>FORT STOCKTON, TX 79735 | | Services | | **$52,464.86** |
| CENTRAL VALLEY ELECT COOP INC<br>PO BOX 230<br>ARTESIA, NM  88211-0230 | | Services | | **$52,348.65** |
| LIGHTNING MASTER CORP<br>PO BOX 6017<br>CLEARWATER, FL 33758-6017 | | Services | | **$52,033.90** |
| E&A WELDING & OILFIELD SERVICE<br>PO BOX 4478<br>ODESSA, TX 79760 | | Services | | **$51,144.84** |
| GILBERT FRANCO<br>6907 E CO RD 64<br>MIDLAND, TX 79705 | | Services | | **$50,411.95** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:  **Trinity Environmental SWD, L.L.C.**                    Case No.

                                                                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **CEO** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**10/12/2015**_____          Signature:__**/s/ Daniel B. Porter**_____

                                                                **Daniel B. Porter**
                                                                **CEO**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:  **Trinity Environmental SWD, L.L.C.**                    CASE NO

                                                             CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/12/2015 _____              Signature  _/s/ Daniel B. Porter_____
                                                             **Daniel B. Porter**
                                                             **CEO**


Date _____              Signature _____

1ST DEFENSE PEST CONTROL
PO BOX 14398
ODESSA, TX 79768


3J INDUSTRIES LLC
195 CR 403B
MARBLE FALLS, TX 78654


4 STAR HOSE & SUPPLY
PO BOX 541356
DALLAS, TX 75354


A&B ELECTRICAL SERVICE CONTRAC
124 COUNTY RD 414
CLEBURNE, TX 76031


A&P SERVICES INC
PO BOX 7064
ODESSA, TX 79760


A1 SIGN ENGRAVERS INC
PO BOX 2641
MIDLAND, TX 79702


AAA FIBERGLASS REPAIR LLC
10519 S SUNNYLANE RD
OKLAHOMA CITY, OK 73160


ADMIRAL LINEN & UNIFORM SERVIC
2030 KIPLING
HOUSTON, TX 77098


AGAVE TRANSPORTATION
910 K EAST REDD RD STE 143
EL PASO, TX 79912

AHERN EQUIPMENT RENTALS INC
PO BOX 271390
LAS VEGAS, NV 89127


AIRGAS USA LLC
PO BOX 676015
DALLAS, TX 75267-6015


ALL SEASONS FOAM COATINGS & SE
1606 DUCK CREEK RD
SANGER, TX 76266


ALLIANCE CONSULTING & SAFETY L
1401 W MAIN ST
ARTESIA, NM 88210


ALNC INC
PO BOX 2105
SAN ANGELO, TX 76902


ALVYS LOGISTICS / ALVYS TRUCKI
2117 W AIRPORT FWY
STE 46
IRVING, TX 75062


AMERICAN SALES & SERVICE INC
PO BOX 61610
SAN ANGELO, TX 76906


AMERIPRIDE SERVICES  3200
PO BOX 698
BEMIDJI, MN 55619-0698


AMERIPRIDE SERVICES  4300
PO BOX 698
BEMIDJI, MN 55619-0698

ARTESIA FORD MERCURY SALES INC
300 N FIRST ST
ARTESIA, NM 88210


ARTESIA JANITORIAL SERVICE INC
303 MCARTHUR
ARTESIA, NM 88210


ARTESIA SOFT WATER
PO BOX 1455
ARTESIA, NM 88210


ATMOS ENERGY
PO BOX 790311
ST LOUIS, MO 63179-0311


AUSTIN PRINTING & MAILING
6906 GUADALUPE ST 307
AUSTIN, TX 78752


AUXILIARY ENERGY SERVICES
PO BOX 1258
LOVINGTON, NM 88260


AVIS LUBE
PO BOX 908001
MIDLAND, TX 79708


AXCIENT INC
1161 SAN ANTONIO RD
MOUNTAIN VIEW, CA 94043


AXIS FIRE EXTINGUISHER SERVICE
600 DEER LAKE CV
WIMBERLEY, TX 78676-5800

```
B4 SCREENING
9600 GREAT HILLS TRAIL
STE 150 W
AUSTIN, TX 78759


BAKERSFIELD PIPE & SUPPLY INC
PO BOX 60006
LOS ANGELES, CA 90060-0006


BALMORHEA RANCHES INC
8708 SAVANNAH AVE
LUBBOCK, TX 79424


BARNETT WELL SERVICES
PO BOX 589
CRESSON, TX 76035


BELCO MANUFACTURING CO INC
PO BOX 210
BELTON, TX 76513-0210


BEVERLY G CLARK
311 ROSE AVE
CLEBURNE, TX 76033


BIG MIKE ROUSTABOUT & CONSTRUC
PO BOX 53140
MIDLAND, TX 79710


BILLINGS ELECTRIC INC
PO BOX 418
FARMINGTON, NM 87499


BIRTHDAY LLC
6213 HOMESTEAD BLVD
MIDLAND, TX 79707
```

BLACK MAMBA TRUCKING
811 N 5TH ST
ARTESIA, NM 88210


BORETS US INC
PO BOX 301516
DALLAS, TX 75303-1516


BRANDON & CLARK INC
PO BOX 3159
LUBBOCK, TX 79452-3159


BRONCO SERVICES
PO BOX 2404
HOBBS, NM 88241


BRYAN PRINTERS & STATIONERS IN
PO BOX 1810
ARTESIA, NM 88211


BUFFALO GAP INSTRUMENTATION AN
PO BOX 974404
DALLAS, TX 75397-4404


CAMBRIAN MANAGEMENT LTD
PO BOX 272
MIDLAND, TX 79702


CENTRAL TEXAS RECLAMATION LLC
PO BOX 2360
ABILENE, TX 79604-2360


CENTRAL VALLEY ELECT COOP INC
PO BOX 230
ARTESIA, NM  88211-0230

CHAPZ BAR & GRILL
1808 S 1ST STREET
ARTESIA, NM  88210


CHAS FINANCIAL DEVELOPMENT
835 E LAMAR BLVD STE 408
ARLINGTON, TX 76011


CHEM TECH SERVICES INC
PO BOX 1619
LEVELLAND, TX 79336


CINCO OILFIELD SERVICES LLC
1201 N STOCKTON
FORT STOCKTON, TX 79735


CITY OF MIDLAND
PO BOX 1152
Customer Services
MIDLAND, TX 79702


COCA COLA REFRESHMENTS
PO BOX 840232
DALLAS, TX 75284


CONESTOGA ROVERS & ASSOCIATES
PO BOX 8000
DEPARTMENT 406
BUFFALO, NY 14267


CONTROLS PANELS USA INC.
16310 BRATTON LANE
AUSTIN, TX 78728


CRESCENT SERVICES
5749 NW 132ND ST
OKLAHOMA CITY, OK 73142

CURLYS PLUMBING AND BIG BLADE
1002 EAST SECOND
CLEBURNE, TX 76031


DEANS INC
409 COMMERCE RD
ARTESIA, NM  88210


DIADEM ENTERPRISES INC
PO BOX 244
MEMPHIS, TX 79245


DIAMOND G OILFIELD SERVICES
PO BOX 149
FORT STOCKTON, TX 79735


DIVIDIA
PO BOX 122594
FORT WORTH, TX 76121-2594


DOUBLE D SALES & SERVICE INC
PO BOX 1493
ARTESIA, NM  88211


DOUBLE D WELDING LLC DBA KODIA
PO BOX 52310
MIDLAND, TX 79710


DOUBLE M ENERGY LLC
3301 N ENTERPRISE DR
HOBBS, NM 88240


DOUBLE R PIPE & SUPPLY INC
PO BOX 26
LOVINGTON, NM 88260

```
DOUBLE R TRANSPORTATION
PO BOX 26
LOVINGTON, NM 88260


DSWOODS TRUCKING LLC
PAYABLE TO SECURITY BUSINESS CAPITAL LLC
PO BOX 60593
MIDLAND, TX 79711


DUOLINE TECHNOLOGIES
PO BOX 677241
DALLAS, TX 75267-7241


DXP ENTERPRISES INC
PO BOX 201791
DALLAS, TX 75320-1791


E&A WELDING & OILFIELD SERVICE
PO BOX 4478
ODESSA, TX 79760


ELEGANT PRINTING & GRAPHICS CO
205 NORTH ST
LONGWOOD, FL 32750


ENERGY WORX LLC
PO BOX 60908
MIDLAND, TX 79711


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FIBERSPAR CORPORATION
PO BOX 204222
DALLAS, TX 75320-4222
```

FORREST TIRE COMPANY INC
PO BOX 1778
CARLSBAD, NM 88221-1778


FRANCISCO VALENZUELA
4091 FM 307
MIDLAND, TX 79706


FRANKLIN & SON INC
PO BOX 1249
807 LAMESA HWY
STANTON, TX 79782


G&W TRUCKING INC
PO BOX 163
SNYDER, TX 79550


GE OIL & GAS ESP INC
PO BOX 301200
DALLAS, TX 75303-1338


GEOFORCE INC
PO BOX 123241
DEPT 3241
DALLAS, TX 75312


GEORGE YOUNG SALES CO INC
PO BOX 436
ARTESIA, NM 88210


GEOTECH ENVIRONMENTAL EQUIPMEN
PO BOX 301200
DALLAS, TX 75303-1338


GHD SERVICES INC
PO BOX 8000
DEPT 406
BUFFALO, NY 14267

GIBSON OILFIELD SERVICES INC
PO BOX 998
GRANBURY, TX 76048


GILBERT FRANCO
6907 E CO RD 64
MIDLAND, TX 79705


GLOBE ENERGY SERVICES LLC
PO BOX 204676
DALLAS, TX 75320-4676


GOT TO GO SOLUTIONS
PO BOX 490
CHICO, TX 76431


GRADYS WESTERN SUPPLY CO INC
PO BOX 429
PECOS, TX 79772


GRAVES DOUGHERTY HEARON & MOOD
PO BOX 98
AUSTIN, TX 78767


GUGGENHEIM CORPORATE FUNDING, LLC
ATTN: KAITLYN TRIHN
330 MADISON AVE., 10TH FLOOR
NEW YORK, NY 10017


GUGGENHEIM ENERGY OPPORTUNITIES FUND, LL
c/o GUGGENHEIM PARTNERS INVESTMENT MGMT
ATTN:  MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010

GUGGENHEIM PRIVATE DEBT FUND NOTE ISSUER
c/o GUGGENHEIM PARTNERS INVESTMENT MGMT
ATTN: MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010

```
GUGGENHEIM PRIVATE DEBT MASTER FUND, LLC
c/o GUGGENHEIM PARTNERS INVESTMENT MGMT
ATTN: MIKE BEMAN
1301 McKINNEY, SUITE 3105
HOUSTON, TX 77010


GULF COAST BROKERAGE INC
604 OSAGE ST
REFUGIO, TX 78377



H2OIL RECOVERY SERVICES INC
PO BOX 4906
MSC 900
HOUSTON, TX 77067


HATFIELD AND COMPANY INC
PO BOX 910862
DALLAS, TX 75391



HIGH LONESOME INVESTMENTS LLC
611 WEST MAHONE
STE E
ARTESIA, NM 88210


HORSEPOWER ELECTRIC LLC
PO BOX 459
LOVINGTON, NM 88260



HOWARDS JANITORIAL SERVICE
PO BOX 8755
MIDLAND, TX 79708



HR COMPRESSION & SERVICES LLC
PO BOX 557
ARTESIA, NM 88211-0557



INDIAN FIRE AND SAFETY
PO BOX 1306
HOBBS, NM 88241
```

INDUSTRIAL ELECTRIC MOTORS INC
PO BOX 926
CARLSBAD, NM 88221-0926


INSIGHT DIRECT USA INC
PO BOX 731069
DALLAS, TX 731069


INTEGRATED CONTROL SOLUTIONS L
PO BOX 62276
MIDLAND, TX 79711


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IOS TECH
PO BOX 4616
ROSWELL, NM 88202-4616


ISC SALES INC
4421 TRADITION TRAIL
PLANO, TX 75093


J&J RENTALS
PO BOX 1768
ANDREWS, TX 79714


J&J ROUSTABOUT & BACKHOE SERVI
10601 E C RD 95
MIDLAND, TX 79706


J&S HOT OIL SERVICE LLC
PO BOX 1249
ODESSA, TX 79760

```
JC WELDING INC
PO BOX 135
JOSHUA, TX 76058



JOBY MORRIS WELDING & CONSTRUC
460 E ANITA RD
LAKE ARTHUR, NM 88253



JS PORTABLE STORAGE
131 CR 107-I
SEMINOLE, TX 79360



KDR SUPPLY INC
PO BOX 10130
LIBERTY, TX 77575-7630



KNIGHT OIL TOOLS LLC
PO BOX 52823
LAFAYETTE, LA 70505-2823



KNIGHTEN MACHINE & SERVICE INC
PO BOX 12587
ODESSA, TX 79768



KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673-1211



L&R WELL SERVICE INC
PO BOX 1457
ARTESIA, NM 88211-1457



LEGACY TRUCKING SERVICES LLC
PO BOX 2580
MIDLAND, TX 79711
```

LEGENDARY PIPELINE CONSTRUCTIO
507 S HALEGUENO
CARLSBAD, NM 88220


LIGHT TOWER RENTALS INC
2330 E I20 S SERVICE RD
ODESSA, TX 79760


LIGHTNING MASTER CORP
PO BOX 6017
CLEARWATER, FL 33758-6017


LIONS TRANSPORT CORP
12210 MONTWOOD DR
STE 103-631
EL PASO, TX 79928


LITTLE JOHNS WELDING SERVICE
PO BOX 1146
FORT STOCKTON, TX 79735


LONE STAR OVERNIGHT
PO BOX 188
HEBRONVILLE, TX 78361


LORETTAS ANSWERING SERVICE INC
PO BOX 5311
MIDLAND, TX 79704


M&W HOT OIL INC
PO BOX 69370
ODESSA, TX 79769


MAC OILFIELD SERVICES
PO BOX 188
HEBRONVILLE, TX 78361

```
MADRON SERVICES INC
PO BOX 1926
CARLSBAD, NM 88220


MARKS WATER WELL SERVICE INC
PO BOX 295
ODESSA, TX 79760


MARRS WELDING FABRICATION
PO BOX 156
LOCO HILLS, NM 88255


MARTIN IBARRA M&J TRUCKING INC
PO BOX 459
FORT STOCKTON, TX 79735


MASTER PUMPS & POWER
PO BOX 678483
DALLAS, TX 75267-8483


MATHESON TRI GAS INC
PO BOX 123028
DEPT 3028
DALLAS, TX 75312


MAVERICK TECHNICAL SOLUTIONS L
PO BOX 4616
ROSWELL, NM 88201


MAXEY ENGINEERING LLC
PO BOX 1361
ROSWELL, NM 88202


MCKEE CONSULTING SERVICES INC
PO BOX 3130
CARLSBAD, NM 88221
```

MEDLEY MATERIAL HANDLING CO
PO BOX 26706
OKLAHOMA CITY, OK 73126


MH&M CONSTRUCTION
1109 N OKLAHOMA
FT STOCKTON, TX 79735


MIDLAND ENERGY LIBRARY INC
2900 W FRONT ST
MIDLAND, TX 79701


MIGUEL CORDERO
11373 TENAHA
EL PASO, TX 79936


MILTON SEILER LLC
PO BOX 380008
BIRMINGHAM, AL 35238-0008


MODULAR SPACE CORP
12603 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0126


MPS ENTERPRISES INC
7607 W INDUSTRIAL AVE
MIDLAND, TX 79706


NABORS COMPLETION & PRODUCTION
PO BOX 975682
DALLAS, TX 75397-5682


NITRO ENERGY SERVICES
PO BOX 353
WOLFFORTH, TX 79382

NZC Guggenheim Fund LLC
c/o Guggenheim Partners Investment Manag
Attn:  Mike Beman
1301 McKinney, Suite 3105
Houston, TX 77010

ODESSA PUMPS & EQUIPMENT INC
PO BOX 60429
MIDLAND, TX 79711-0429

ONE SOURCE INDUSTRIAL SERVICES
PO BOX 4652
DEPT 793-5
HOUSTON, TX 77210-4652

ONYX CONTRACTORS OPERATIONS LP
PO BOX 60547
MIDLAND, TX 79711

OVERBECK PROPERTIES
PO BOX 5874
MIDLAND, TX 79704

PALMER OF TEXAS TANKS
PO BOX 890800
CHARLOTTE, NC 28289-0800

PATTERSON WELDING WORKS INC
2401 N PARKLAND AVE
ARTESIA, NM 88210

PAYZONE FIELD SERVICES LLC
PO BOX 4755
MIDLAND, TX 79704

PERKROC INC
PO BOX 157
DBA STEVENSONROACH
ARTESIA, NM 88211-0157

PERMIAN SEPARATORS LLC
1890 HWY 137
STANTON, TX 79782


PERMITS WEST INC
37 VERANO LP
SANTA FE, NM 87508


PINNACLE PROPANE LLC
1612 GARDEN CITY HWY
MIDLAND, TX 79701


PINNERGY LTD
111 CONGRESS AVE
STE 2020
AUSTIN, TX 78701

PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371887
PITTSBURGH, PA 15250-7887


PRESSURE SERVICES LLC
PO BOX 732148
GULF COAST BUSINESS CREDIT
DALLAS, TX 75373-2148


PROGRESSIVE WASTE SOLUTIONS OF
PO BOX 650308
DALLAS, TX  75265-0308


R H TRUCKING
3018 S CO RD 1200
MIDLAND, TX 79706


R360 PERMIAN BASIN REGION
PO BOX 671766
DALLAS, TX 75267-1766

RAMOS TRUCKING INC
3108 S COUNTY RD 1200
MIDLAND, TX 79706


REALTIME ZONE INC
PO BOX 40
CEDAR CREST, NM 87008


RELIANT
PO BOX 120954
DALLAS, TX 75312-0954


REMEDIATION & ENVIRONMENTAL XP
PO BOX 991
LLANO, TX  78643-0991


RGB LLC
PO BOX 5164
CARLSBAD, NM 88221-5164


RIGDATA
PO BOX 820547
FORT WORTH, TX  76182-0547


RK PUMP & SUPPLY
811 CENTRAL DR
ODESSA, TX 79761


ROCKIN M SERVICES
PO BOX 459
FORT STOCKTON, TX 79735


ROGERS FORD
4200 W WALL
MIDLAND, TX 79703

ROYAL T ENERGY LLC
PO BOX 24010
HOUSTON, TX 77229


RWLS LLC DBA RENEGADE SERVICES
PO BOX 862
LEVELLAND, TX 79336


SABINE STORAGE & OPERATIONS IN
5718 WESTHEIMER
STE 1251
HOUSTON, TX 77057-5704


SAFETY INTERNATIONAL
PO BOX 201791
DALLAS, TX 75320-1791


SAPPHIRE OILFIELD SERVICES
PO BOX 1464
MONAHANS, TX 79756


SELECT ENERGY SERVICES
PO BOX 203997
DALLAS, TX 75320-3997


SHANNA'S OILFIELD SERVICE INC
PO BOX 596
FORSAN, TX 79733


SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


SOC INDUSTRIES LLC
2324 FM 715
MIDLAND, TX 79706

SOUTHERN SPECIALTIES TRANSP
PO BOX 3307
LAFAYETTE, LA 70502


SOUTHWESTERN WIRELESS INC
PO BOX 2528
ROSWELL, NM 88202


SPRING BRANCH WATER WELL SERVI
PO BOX 1751
FORT STOCKTON, TX 79735


STANDARD ENERGY SERVICE
PO BOX 203786
DALLAS, TX 75320-3786


STANDARD OILFIELD SUPPLY INC
132591 LOVINGTON HWY
PO BOX 6
LOCO HILLS, NM 88255


STAR ELECTRIC CO OF TEXAS
PO BOX 4577
ODESSA, TX 79760


STARR VAC LLC
P.O.BOX 52970
MIDLAND, TX 79710


STELLAR OILFIELD
PO BOX 22328
HOUSTON, TX 77227


STEVE KENT TRUCKING NM LLC
PO BOX 1890
HOBBS, NM 88241

```
SUBSURFACE LIBRARY
PO BOX 2538
MIDLAND, TX 79702


SUN COAST RESOURCES INC
PO BOX 202603
DALLAS, TX  75320-1858


SUNDANCE SERVICES INC
21358 CO RD 1136
MATHIS, TX 78368


SUPPLY STORE INC
132445 LOVINGTON HWY
PO BOX 4
LOCO HILLS, NM 88255

TASCOSA OFFICE MACHINES
321 N MAIN ST
ROSWELL, NM 88201-4724


TERVITA SDS
PO BOX 840730
DALLAS, TX 75284-0730


TEXAS REEXCAVATION
PO BOX 925067
HOUSTON, TX 77292


TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


TNT BACKHOE SERVICE
PO BOX 133
ARTESIA, NM 88211-0133
```

```
TOMMY WHITE SUPPLY INC
PO BOX 1709
MIDLAND, TX 797052


TOPOGRAPHIC LAND SURVEYORS
2903 N BIG SPRING
MIDLAND, TX 79705


TRANS PECOS ELECTRIC INC
PO BOX 1709
MIDLAND, TX 797052


TRI R SERVICES INC
3811 TUMBLEWEED TRAIL
MIDLAND, TX 79707


TRIPLE TS LININGS LLC
PO BOX 477
CARLSBAD, NM 88221


TURBINESINC ODESSA LLC
960 S MEADOW AVE
ODESSA, TX 79761-5816


TWIN CITIES TECHNOLOGIES
PO BOX 301392
DALLAS, TX 75303-1392


U.S. Trustee - San Antonio
Nancy Ratchford, Assist. U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295


UNITED VISION LOGISTICS
PO BOX 975357
DALLAS, TX 75397-5357
```

```
UPS FREIGHT
PO BOX 730900
DALLAS, TX 75373-0900



VERGER CAPITAL FUND LLC
C/O GUGGENHEIM PARTNERS INVESTMENTS MGMT
ATTN:  MIKE BEMAN
1301 MCKINNEY, SUITE 3105
HOUSTON, TX 77010

VOYAGER ENERGY SERVICES LLC
PO BOX 51992
AMARILLO, TX 79159



W&W ENERGY SERVICES INC
8820 NW LP 338
ODESSA, TX 79764



WAYNE ENTERPRISES INC
14300 HOLLISTER ST.
#100
HOUSTON, TX 77066



WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197



WHITE HOUSE MEATS
7270 STATE HWY 191
SUITE 210
ODESSA, TX 79765



WHITE TRASH TRAILERS LLC
PO BOX 705
ARTESIA, NM 88211



WLP OILFIELD SERVICES LP
PO BOX 1270
MIDLAND, TX 79702
```

WRH FISHING & RENTAL
PO BOX 6150
ROSWELL, NM 88202-6150


XPERT SAFETY LLC
PO BOX 6408
ABILENE, TX 79608

# TRINITY ENVIRONMENTAL SWD, L.L.C.

## JOINT CONSENT OF SOLE MANAGER AND SOLE MEMBER
## IN LIEU OF SPECIAL MEETING

Pursuant to Section 18.404(d) of the Delaware Limited Liability Company Act, the undersigned, being the sole manager (the "**Manager**") and the sole member (the "**Member**") of Trinity Environmental SWD, L.L.C., a Delaware limited liability company (the "**Company**"), and in lieu of a special joint meeting of managers and members, the call of which is expressly waived, does hereby consent to the adoption of the following resolutions:

**WHEREAS**, the undersigned has determined that it is desirable, advisable, and in the best interests of the Company and its creditors, employees, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"); and

**WHEREAS**, CCNG Energy Partners, L.P., a Delaware limited partnership (the "**Partnership**"), is the sole Manager and the sole Member of the Company; and

**WHEREAS**, CCNG Energy Partners GP, L.L.C., a Texas limited liability company (the "**General Partner**"), is the General Partner of the Partnership; and

**WHEREAS**, Daniel B. Porter is the Manager and Chief Executive Officer of the General Partner as well as the Chief Executive Officer of the Company (in such collective capacity, the "**Authorized Officer**"); and

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Authorized Officer is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company (the "**Chapter 11 Case**"); and further

**RESOLVED**, that the Authorized Officer is authorized and directed to appear in all proceedings in the Chapter 11 Case on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ Eric J. Taube and the law firm of Taube Summers Harrison Taylor Meinzer Brown, LLP to represent the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval; and further

**RESOLVED**, that the Authorized Officer is authorized to take all such actions, make all such filings and execute and deliver all such documents and instruments as he determines appropriate to carry into force and effect the foregoing resolutions; and further

2364631.1

**RESOLVED**, that any and all past actions of the Authorized Officer or any other Company officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolution, be, and each act hereby is, ratified, confirmed and approved in all respects; and further

**RESOLVED**, that this document may be executed and delivered by electronic or facsimile signature, and/or in multiple counterparts, all of which together shall constitute one and the same instrument.

[Signature page follows]

Dated to be effective as of SEPTEMBER 28 , 2015.

**SOLE MANAGER AND SOLE MEMBER:**

**CCNG Energy Partners, L.P.**

By:  CCNG Energy Partners GP, L.L.C., its
General Partner

By: _____
Daniel B. Porter, Manager

*[JOINT WRITTEN CONSENT OF MEMBER AND MANAGER OF TRINITY ENVIRONMENTAL SWD, L.L.C.]*