B6A (Official Form 6A) (12/07)

In re **Trinity Environmental SWD, L.L.C.**                    Case No. __15-70135_____
                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Cresson Facility<br>14.93 acres of land, located in the Urbano Mendoza Survey, Abstract No. 542, Johnson County, Texas | Fee Simple | | $500,000.00 | $185,367,309.22 |
| Land in Reeves County<br>615.95 acres of land located in Section 11, Block 51, Twp 7, T&P RR Co. Survey, Reeves County, Texas | Fee Simple | | $1,018,874.24 | $186,386,183.46 |
| | | Total: | $1,518,874.24 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                                      Case No.  __15-70135_____
                                                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Green Bank<br>4000 Green Briar<br>Houston, Texas 77098<br>Checking Account No. XXXX9326 | $107,541.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Trinity Environmental SWD, L.L.C.**                          Case No.  **15-70135**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See Exhibit E | $6,067,122.52 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  __15-70135_____

                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles | $204,791.75 |
| | | Vehicles - Other | $5,473.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  __15-70135_____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Communication Equipment | $938.60 |
| | | Computer Equipment | $11,870.75 |
| | | Office Equipment | $9,059.39 |
| | | Office Furnishings | $0.00 |
| | | Office Furniture & Fixtures | $47,357.05 |
| | | Software | $5,437.01 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Well Servicing Rig | $2,250.00 |
| | | Electrical | $10,435.17 |
| | | Field Equipment | $19,079.17 |
| | | Piping | $14,625.00 |
| | | Wells | $97,941,959.38 |
| | | SWD Facilities - Other | $9,363,414.38 |
| | | Pumps | $26,936.62 |
| 30. Inventory. | | Piping Inventory | $171,258.46 |
| 31. Animals. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Trinity Environmental SWD, L.L.C.**　　　　　　　Case No.　**15-70135**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Building | $421,296.93 |
| | | Building & Site Improvements | $32,992.53 |
| | | CIP | $385,288.80 |
| | | Permits | $12,750.07 |
| | | Pit | $0.00 |
| | | Road | $29,184.57 |
| | | Leasehold Improvements | $4,531.45 |

____4____ continuation sheets attached

**Total  >**  **$114,895,593.60**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.    **15-70135**
                                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

| | | | |
|---|---|---|---|
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  __15-70135__
                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx1332**<br><br>**FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 542000**<br>**OMAHA, NE 68154** | | DATE INCURRED: **3/01/14**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 Ford F250**<br>REMARKS:<br><br>VALUE: **$15,188.82** | | | | $26,889.90 | $11,701.08 |
| ACCT #: **xxxx1363**<br><br>**FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 542000**<br>**OMAHA, NE 68154** | | DATE INCURRED: **3/1/14**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 Ford F250**<br>REMARKS:<br><br>VALUE: **$15,917.62** | | | | $26,225.84 | $10,308.22 |
| ACCT #: **xxxx1380**<br><br>**FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 542000**<br>**OMAHA, NE 68154** | | DATE INCURRED: **3/1/14**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 Ford F250**<br>REMARKS:<br><br>VALUE: **$16,100.29** | | | | $26,428.90 | $10,328.61 |
| ACCT #: **xxxx1275**<br><br>**FORD MOTOR CREDIT COMPANY**<br>**P.O. BOX 542000**<br>**OMAHA, NE 68154** | | DATE INCURRED: **3/1/14**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 Ford F250**<br>REMARKS:<br><br>VALUE: **$15,387.11** | | | | $25,258.40 | $9,871.29 |
| | | Subtotal (Total of this Page) > | | | | $104,803.04 | $42,209.20 |
| | | Total (Use only on last page) > | | | | | |

____1____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Guggenheim Corporate Funding, Administrative Agent for various lenders**<br>**Attn: Kaitlyn Trihn**<br>**330 Madison Ave., 10th Floor**<br>**New York, NY 10017** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust & Security Agreement**<br>COLLATERAL:<br>**Substantially all assets**<br>REMARKS:<br><br><br>VALUE:                    **$116,351,874.00** | | | | **$186,386,183.46** | **$70,034,309.46** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | **$186,386,183.46** | **$70,034,309.46** |
|---|---|---|---|
| | Total (Use only on last page) > | **$186,490,986.50** | **$70,076,518.66** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Trinity Environmental SWD, L.L.C.**                         Case No.   __15-70135_____

                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____3_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Trinity Environmental SWD, L.L.C.**          Case No.   **15-70135**
                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Dawson County Central Appraisal** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $12,905.95 | $12,905.95 | $0.00 |
| ACCT #: <br> **Ector County Appraisal District** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $8,301.57 | $8,301.57 | $0.00 |
| ACCT #: <br> **Glasscock County Tax Assessor** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $66,520.97 | $66,520.97 | $0.00 |
| ACCT #: <br> **Hood County Appraisal District** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $22,275.45 | $22,275.45 | $0.00 |
| ACCT #: <br> **Howard County Tax Office** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $19,774.00 | $19,774.00 | $0.00 |
| ACCT #: <br> **Johnson County Tax Assessor** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $7,010.98 | $7,010.98 | $0.00 |

Sheet no. ____1____ of ____3____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  **$136,788.92**  **$136,788.92**  **$0.00**

Total >
**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re **Trinity Environmental SWD, L.L.C.**  Case No. __15-70135__

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Loving County** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $15,950.48 | $15,950.48 | $0.00 |
| ACCT #: <br> **Martin County Appraisal District** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $5,823.79 | $5,823.79 | $0.00 |
| ACCT #: <br> **Midland Central Appraisal District** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $22,485.74 | $0.00 | $22,485.74 |
| ACCT #: <br> **Reagan County Tax Office** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $21,780.18 | $21,780.18 | $0.00 |
| ACCT #: <br> **Reeves County Appraisal District** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $2,327.61 | $2,327.61 | $0.00 |
| ACCT #: <br> **Treasurer of Eddy County** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $26,804.80 | $26,804.80 | $0.00 |

Sheet no. ___2___ of ___3___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > | $95,172.60 | $72,686.86 | $22,485.74

Total >
**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re **Trinity Environmental SWD, L.L.C.**     Case No. **15-70135**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Upton County Appraisal District** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $37,452.10 | $37,452.10 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $37,452.10 | $37,452.10 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $269,413.62 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $246,927.88 | $22,485.74 |

B6F (Official Form 6F) (12/07)

In re   **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1101**<br>**1ST DEFENSE PEST CONTROL**<br>**PO BOX 14398**<br>**ODESSA, TX 79768** | | DATE INCURRED:  **7/8/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$86.60** |
| ACCT #:  **3622**<br>**A&B ELECTRICAL SERVICE CONTRAC**<br>**124 COUNTY RD 414**<br>**CLEBURNE, TX 76031** | | DATE INCURRED:  **6/19/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$220.00** |
| ACCT #:  **3186**<br>**A&P SERVICES INC**<br>**PO BOX 7064**<br>**ODESSA, TX 79760** | | DATE INCURRED:  **5/31/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$65,964.47** |
| ACCT #:  **xx1696**<br>**A1 SIGN ENGRAVERS INC**<br>**PO BOX 2641**<br>**MIDLAND, TX 79702** | | DATE INCURRED:  **3/13/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$10,930.04** |
| ACCT #:  **xxxx1186**<br>**AAA FIBERGLASS REPAIR LLC**<br>**10519 S SUNNYLANE RD**<br>**OKLAHOMA CITY, OK 73160** | | DATE INCURRED:  **2/4/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$9,462.06** |
| ACCT #:  **xxx3537**<br>**ADMIRAL LINEN & UNIFORM SERVIC**<br>**2030 KIPLING**<br>**HOUSTON, TX 77098** | | DATE INCURRED:  **8/17/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$587.96** |

Subtotal >     **$87,251.13**

Total >
(Use only on last page of the completed Schedule F.)

_____**40**_____continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. __15-70135__
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxx1721**<br>**AGAVE TRANSPORTATION**<br>**910 K EAST REDD RD STE 143**<br>**EL PASO, TX 79912** | | DATE INCURRED: **5/19/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $2,000.00 |
| ACCT #: **xxxxx1309**<br>**AHERN EQUIPMENT RENTALS INC**<br>**PO BOX 271390**<br>**LAS VEGAS, NV 89127** | | DATE INCURRED: **5/13/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $32,137.77 |
| ACCT #: **xxxxxx1752**<br>**AIRGAS USA LLC**<br>**PO BOX 676015**<br>**DALLAS, TX 75267-6015** | | DATE INCURRED: **7/10/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $5,669.75 |
| ACCT #:<br>**ALEJANDRO GARCIA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $16.10 |
| ACCT #: **2613**<br>**ALL SEASONS FOAM COATINGS & SE**<br>**1606 DUCK CREEK RD**<br>**SANGER, TX 76266** | | DATE INCURRED: **9/21/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $13,836.00 |
| ACCT #: **xxxxx0589**<br>**ALLIANCE CONSULTING & SAFETY L**<br>**1401 W MAIN ST**<br>**ARTESIA, NM 88210** | | DATE INCURRED: **4/24/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $1,052.21 |

Sheet no. ____1____ of ____40____ continuation sheets attached to          **Subtotal >**          $54,711.83
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x3189**<br>**ALNC INC**<br>**PO BOX 2105**<br>**SAN ANGELO, TX 76902** | | DATE INCURRED:  **2/3/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$18,190.69** |
| ACCT #:  **x9611**<br>**ALVYS LOGISTICS / ALVYS TRUCKI**<br>**2117 W AIRPORT FWY**<br>**STE 46**<br>**IRVING, TX 75062** | | DATE INCURRED:  **12/2/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$8,637.00** |
| ACCT #:  **x4780**<br>**AMERICAN SALES & SERVICE INC**<br>**PO BOX 61610**<br>**SAN ANGELO, TX 76906** | | DATE INCURRED:  **7/20/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,066.12** |
| ACCT #:  **xxxxxx8421**<br>**AMERIPRIDE SERVICES  3200**<br>**PO BOX 698**<br>**BEMIDJI, MN 55619-0698** | | DATE INCURRED:  **7/22/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$5,348.93** |
| ACCT #:  **xxxxxx4051**<br>**AMERIPRIDE SERVICES  4300**<br>**PO BOX 698**<br>**BEMIDJI, MN 55619-0698** | | DATE INCURRED:  **9/7/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$444.13** |
| ACCT #:<br>**AMERIPRIDE SERVICES PECOS**<br>**P.O. BOX 695**<br>**BEMIDJI, MN 56619** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,812.41** |

Sheet no. _____**2**_____ of _____**40**_____ continuation sheets attached to                    **Subtotal >**   |   **$36,499.28**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0946** <br> **ARTESIA FORD MERCURY SALES INC** <br> **300 N FIRST ST** <br> **ARTESIA, NM 88210** | | DATE INCURRED:  **8/18/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $512.90 |
| ACCT #:  **x1900** <br> **ARTESIA JANITORIAL SERVICE INC** <br> **303 MCARTHUR** <br> **ARTESIA, NM 88210** | | DATE INCURRED:  **7/31/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $620.28 |
| ACCT #:  **x7143** <br> **ARTESIA SOFT WATER** <br> **PO BOX 1455** <br> **ARTESIA, NM 88210** | | DATE INCURRED:  **8/31/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $70.65 |
| ACCT #: <br> **AT&T MOBILITY** <br> **P.O. BOX 537104** <br> **ATLANTA, GA 30353** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $1,199.75 |
| ACCT #:  **xxxxxxxSE15** <br> **ATMOS ENERGY** <br> **PO BOX 790311** <br> **ST LOUIS, MO 63179-0311** | | DATE INCURRED:  **9/23/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | ($28.85) |
| ACCT #:  **x3885** <br> **AUSTIN PRINTING & MAILING** <br> **6906 GUADALUPE ST 307** <br> **AUSTIN, TX 78752** | | DATE INCURRED:  **6/8/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $264.08 |

Sheet no. ____**3**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $2,638.81

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx4217**<br>**AUXILIARY ENERGY SERVICES**<br>**PO BOX 1258**<br>**LOVINGTON, NM 88260** | | DATE INCURRED: **5/19/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **1716**<br>**AVIS LUBE**<br>**PO BOX 908001**<br>**MIDLAND, TX 79708** | | DATE INCURRED: **6/4/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$583.12** |
| ACCT #:  **x1594**<br>**AXCIENT INC**<br>**1161 SAN ANTONIO RD**<br>**MOUNTAIN VIEW, CA 94043** | | DATE INCURRED: **9/1/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$319.83** |
| ACCT #:  **x5221**<br>**AXIS FIRE EXTINGUISHER SERVICE**<br>**600 DEER LAKE CV**<br>**WIMBERLEY, TX 78676-5800** | | DATE INCURRED: **6/23/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$117.18** |
| ACCT #:  **8345**<br>**B4 SCREENING**<br>**9600 GREAT HILLS TRAIL**<br>**STE 150 W**<br>**AUSTIN, TX 78759** | | DATE INCURRED: **7/1/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$96.69** |
| ACCT #:<br>**BAKER BACKHOE SERVICES LLC**<br>**P.O. BOX 905**<br>**ARTESIA, NM 88211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,362.06** |

Sheet no. ____**4**____ of _____**40**_____ continuation sheets attached to                    **Subtotal >** | **$4,478.88**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx1001**<br>**BAKERSFIELD PIPE & SUPPLY INC**<br>**PO BOX 60006**<br>**LOS ANGELES, CA 90060-0006** | | DATE INCURRED:  **5/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $5,998.93 |
| ACCT #:<br>**BANKS GROUP, INC.**<br>**P.O. BOX 12851**<br>**AUSTIN, TX 78711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $4,087.50 |
| ACCT #:  **x3524**<br>**BARNETT WELL SERVICES**<br>**PO BOX 589**<br>**CRESSON, TX 76035** | | DATE INCURRED:  **5/12/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $4,316.25 |
| ACCT #:<br>**BASIC ENERGY SERVICES**<br>**P.O. BOX 841903**<br>**DALLAS, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $7,823.40 |
| ACCT #:  **xxxxx0569**<br>**BELCO MANUFACTURING CO INC**<br>**PO BOX 210**<br>**BELTON, TX 76513-0210** | | DATE INCURRED:  **5/13/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $11,779.25 |
| ACCT #:  **xx8906**<br>**BEVERLY G CLARK**<br>**311 ROSE AVE**<br>**CLEBURNE, TX 76033** | | DATE INCURRED:  **6/14/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $375.00 |

Sheet no. _____**5**_____ of _____**40**_____ continuation sheets attached to       **Subtotal >**       $34,380.33
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4092**<br>**BIG MIKE ROUSTABOUT & CONSTRUC**<br>**PO BOX 53140**<br>**MIDLAND, TX 79710** | | DATE INCURRED:  **4/6/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $38,347.03 |
| ACCT #:  **8598**<br>**BILLINGS ELECTRIC INC**<br>**PO BOX 418**<br>**FARMINGTON, NM 87499** | | DATE INCURRED:  **4/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $17,607.75 |
| ACCT #:  **xxx1107**<br>**BLACK MAMBA TRUCKING**<br>**811 N 5TH ST**<br>**ARTESIA, NM 88210** | | DATE INCURRED:  **5/19/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:  **x6538**<br>**BORETS US INC**<br>**PO BOX 301516**<br>**DALLAS, TX 75303-1516** | | DATE INCURRED:  **5/29/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $27,349.82 |
| ACCT #:<br>**BOSWORTH COMPANY, LTD.**<br>**P.O. BOX 3449**<br>**MIDLAND, TX 79702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $870.33 |
| ACCT #:  **xxxx0330**<br>**BRANDON & CLARK INC**<br>**PO BOX 3159**<br>**LUBBOCK, TX 79452-3159** | | DATE INCURRED:  **5/25/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $6,205.91 |

Sheet no. _____**6**_____ of _____**40**_____ continuation sheets attached to                      **Subtotal >**   $92,380.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx1031**<br>**BRONCO SERVICES**<br>**PO BOX 2404**<br>**HOBBS, NM 88241** | | DATE INCURRED:  **5/19/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:<br>**BRUCE ELFANT TAC TRAVIS COUNTY**<br>**5001 AIRPORT BLVD.**<br>**AUSTIN, TX 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$124.50** |
| ACCT #:  **x5406**<br>**BRYAN PRINTERS & STATIONERS IN**<br>**PO BOX 1810**<br>**ARTESIA, NM 88211** | | DATE INCURRED:  **6/16/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,673.42** |
| ACCT #:  **xxxxTR17**<br>**BUFFALO GAP INSTRUMENTATION AN**<br>**PO BOX 974404**<br>**DALLAS, TX 75397-4404** | | DATE INCURRED:  **4/22/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$16,716.36** |
| ACCT #:  **xxxxxxxxAR15**<br>**CAMBRIAN MANAGEMENT LTD**<br>**PO BOX 272**<br>**MIDLAND, TX 79702** | | DATE INCURRED:  **4/30/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$303,853.69** |
| ACCT #:<br>**CARY COUNTRYMAN**<br>**5104 DAVENTRY PLACE**<br>**MIDLAND, TX 79705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$431.25** |

Sheet no. _____**7**_____ of _____**40**_____ continuation sheets attached to                    **Subtotal >**          **$325,799.22**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                           Case No.   **15-70135**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CCNG, INC.**<br>**13443 HIGHWAY 71 WEST**<br>**BEE CAVE, TX 78738** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$69.66** |
| ACCT #:  **x0988**<br>**CENTRAL TEXAS RECLAMATION LLC**<br>**PO BOX 2360**<br>**ABILENE, TX 79604-2360** | | DATE INCURRED: **7/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$1,512.00** |
| ACCT #:  **xxxxxSE15**<br>**CENTRAL VALLEY ELECT COOP INC**<br>**PO BOX 230**<br>**ARTESIA, NM  88211-0230** | | DATE INCURRED: **9/15/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$59,942.02** |
| ACCT #:<br>**CENTURYLINK**<br>**P.O. BOX 29040**<br>**PHOENIX, AZ 85038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$67.02** |
| ACCT #:  **xxxx4455**<br>**CHAPZ BAR & GRILL**<br>**1808 S 1ST STREET**<br>**ARTESIA, NM  88210** | | DATE INCURRED: **5/19/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **xxx9854**<br>**CHAS FINANCIAL DEVELOPMENT**<br>**835 E LAMAR BLVD STE 408**<br>**ARLINGTON, TX 76011** | | DATE INCURRED: **2/22/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$6,175.80** |

Sheet no. ____8____ of ____40____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                                                      **$69,766.50**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5311**<br>**CHEM TECH SERVICES INC**<br>**PO BOX 1619**<br>**LEVELLAND, TX 79336** | | DATE INCURRED:  **6/4/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $522,027.11 |
| ACCT #:  **3763**<br>**CINCO OILFIELD SERVICES LLC**<br>**1201 N STOCKTON**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED:  **3/16/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $10,640.00 |
| ACCT #:  **xxxxxSE15**<br>**CITY OF MIDLAND**<br>**PO BOX 1152**<br>**Customer Services**<br>**MIDLAND, TX 79702** | | DATE INCURRED:  **9/18/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $140.46 |
| ACCT #:<br>**CJ ENERGY INVESTMENTS**<br>**P.O. BOX 9893**<br>**MIDLAND, TX 79708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $255.47 |
| ACCT #:  **xxxxxx2205**<br>**COCA COLA REFRESHMENTS**<br>**PO BOX 840232**<br>**DALLAS, TX 75284** | | DATE INCURRED:  **7/22/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $743.79 |
| ACCT #:  **xx9109**<br>**CONESTOGA ROVERS & ASSOCIATES**<br>**PO BOX 8000**<br>**DEPARTMENT 406**<br>**BUFFALO, NY 14267** | | DATE INCURRED:  **5/6/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $98,165.60 |

Sheet no. ____**9**____ of ____**40**____ continuation sheets attached to       **Subtotal >**       $631,972.43
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trinity Environmental SWD, L.L.C.**                                    Case No.   **15-70135**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CONTROLS PANELS USA INC.**<br>**16310 BRATTON LANE**<br>**AUSTIN, TX 78728** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$12,043.76** |
| ACCT #:  **x9692**<br>**CRESCENT SERVICES**<br>**5749 NW 132ND ST**<br>**OKLAHOMA CITY, OK 73142** | | DATE INCURRED:  **8/31/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$759.29** |
| ACCT #:  **x1033**<br>**CURLYS PLUMBING AND BIG BLADE**<br>**1002 EAST SECOND**<br>**CLEBURNE, TX 76031** | | DATE INCURRED:  **4/15/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,663.89** |
| ACCT #:  **x4933**<br>**DEANS INC**<br>**409 COMMERCE RD**<br>**ARTESIA, NM  88210** | | DATE INCURRED:  **4/30/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$12,280.18** |
| ACCT #:  **xxx5419**<br>**DIADEM ENTERPRISES INC**<br>**PO BOX 244**<br>**MEMPHIS, TX 79245** | | DATE INCURRED:  **5/29/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$6,000.00** |
| ACCT #:  **x3807**<br>**DIAMOND G OILFIELD SERVICES**<br>**PO BOX 149**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED:  **3/3/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$10,869.38** |

Sheet no. ____**10**____ of ____**40**____ continuation sheets attached to                                    **Subtotal >** | **$44,616.50**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                     Case No. __15-70135__
                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  x6304 <br> **DIVIDIA** <br> **PO BOX 122594** <br> **FORT WORTH, TX 76121-2594** | | DATE INCURRED: **6/1/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $3,936.16 |
| ACCT #:  2330 <br> **DOUBLE D SALES & SERVICE INC** <br> **PO BOX 1493** <br> **ARTESIA, NM  88211** | | DATE INCURRED: **4/2/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $4,937.59 |
| ACCT #:  x1004 <br> **DOUBLE D WELDING LLC DBA KODIA** <br> **PO BOX 52310** <br> **MIDLAND, TX 79710** | | DATE INCURRED: **7/1/2014** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $40,875.00 |
| ACCT #:  x8414 <br> **DOUBLE M ENERGY LLC** <br> **3301 N ENTERPRISE DR** <br> **HOBBS, NM 88240** | | DATE INCURRED: **6/15/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $2,628.51 |
| ACCT #:  x2575 <br> **DOUBLE R PIPE & SUPPLY INC** <br> **PO BOX 26** <br> **LOVINGTON, NM 88260** | | DATE INCURRED: **4/14/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $16,338.47 |
| ACCT #:  x3670 <br> **DOUBLE R TRANSPORTATION** <br> **PO BOX 26** <br> **LOVINGTON, NM 88260** | | DATE INCURRED: **3/10/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $48,306.54 |

Sheet no. ___11___ of ___40___ continuation sheets attached to                     Subtotal >     | $117,022.27 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     Total >
                   (Use only on last page of the completed Schedule F.)
               (Report also on Summary of Schedules and, if applicable, on the
                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                                    Case No.  **15-70135**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1032**<br>**DSWOODS TRUCKING LLC**<br>**PAYABLE TO SECURITY BUSINESS CAPITAL**<br>**PO BOX 60593**<br>**MIDLAND, TX 79711** | | DATE INCURRED:  **4/8/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,760.00 |
| ACCT #:  **xxx8564**<br>**DUOLINE TECHNOLOGIES**<br>**PO BOX 677241**<br>**DALLAS, TX 75267-7241** | | DATE INCURRED:  **4/30/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $17,789.62 |
| ACCT #:  **xxx7801**<br>**DXP ENTERPRISES INC**<br>**PO BOX 201791**<br>**DALLAS, TX 75320-1791** | | DATE INCURRED:  **3/30/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $152,666.10 |
| ACCT #:  **xx3836**<br>**E&A WELDING & OILFIELD SERVICE**<br>**PO BOX 4478**<br>**ODESSA, TX 79760** | | DATE INCURRED:  **2/7/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $69,321.72 |
| ACCT #:  **x0762**<br>**ELEGANT PRINTING & GRAPHICS CO**<br>**205 NORTH ST**<br>**LONGWOOD, FL 32750** | | DATE INCURRED:  **8/28/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,345.00 |
| ACCT #:<br>**ELITE TRANSPORTS LLP**<br>**P.O. BOX 176**<br>**BARSTOW, TX 79719** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $4,410.00 |

Sheet no. _____**12**_____ of _____**40**_____ continuation sheets attached to                    **Subtotal >**                    $249,292.44
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**   Case No. **15-70135**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ENABLE TCT LLC**<br>**211 N. ROBINSON, SUITE 950**<br>**OKLAHOMA CITY, OK 73102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $1,206.67 |
| ACCT #: **xxxx-x3935**<br>**ENERGY WORX LLC**<br>**2801 I-20**<br>**MIDLAND, TX 79706** | | DATE INCURRED: **5/17/2013**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $33,396.00 |
| ACCT #: **xxxxx5621**<br>**FEDEX**<br>**PO BOX 660481**<br>**DALLAS, TX 75266-0481** | | DATE INCURRED: **9/24/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,222.92 |
| ACCT #: **x6674**<br>**FIBERSPAR CORPORATION**<br>**PO BOX 204222**<br>**DALLAS, TX 75320-4222** | | DATE INCURRED: **6/11/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $22,380.57 |
| ACCT #:<br>**FIDEL QUEZADA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $644.00 |
| ACCT #:<br>**FORD CREDIT**<br>**P.O. BOX 650575**<br>**DALLAS, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $2,801.14 |

Sheet no. _____**13**_____ of _____**40**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | $61,651.30

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x7853**<br>**FORREST TIRE COMPANY INC**<br>**PO BOX 1778**<br>**CARLSBAD, NM 88221-1778** | | DATE INCURRED: **7/11/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,262.91** |
| ACCT #:<br>**FRANCISCO ORDAZ** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$390.43** |
| ACCT #:  **xxxxx3015**<br>**FRANCISCO VALENZUELA**<br>**4091 FM 307**<br>**MIDLAND, TX 79706** | | DATE INCURRED:  **8/30/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$390.43** |
| ACCT #:  **xxx2244**<br>**FRANKLIN & SON INC**<br>**PO BOX 1249**<br>**807 LAMESA HWY**<br>**STANTON, TX 79782** | | DATE INCURRED:  **6/22/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,964.27** |
| ACCT #:  **x6943**<br>**G&W TRUCKING INC**<br>**PO BOX 163**<br>**SNYDER, TX 79550** | | DATE INCURRED:  **8/19/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,098.43** |
| ACCT #:  **xxx6247**<br>**GE OIL & GAS ESP INC**<br>**PO BOX 301200**<br>**DALLAS, TX 75303-1338** | | DATE INCURRED:  **6/16/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$79,143.31** |

Sheet no. _____**14**_____ of _____**40**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$85,249.78**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**  Case No. **15-70135**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x5856**<br>**GEOFORCE INC**<br>**PO BOX 123241**<br>**DEPT 3241**<br>**DALLAS, TX 75312** | | DATE INCURRED:  **6/3/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $703.97 |
| ACCT #:  **x5599**<br>**GEORGE YOUNG SALES CO INC**<br>**PO BOX 436**<br>**ARTESIA, NM 88210** | | DATE INCURRED:  **6/30/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $15,130.81 |
| ACCT #:  **xxxx0610**<br>**Geotech Environmental Equipment**<br>**PO BOX 301200**<br>**DALLAS, TX 75303-1338** | | DATE INCURRED:  **6/10/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $4,966.37 |
| ACCT #:  **xx0205**<br>**GHD SERVICES INC**<br>**PO BOX 8000**<br>**DEPT 406**<br>**BUFFALO, NY 14267** | | DATE INCURRED:  **7/20/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $4,132.25 |
| ACCT #:  **xx3133**<br>**GIBSON OILFIELD SERVICES INC**<br>**PO BOX 998**<br>**GRANBURY, TX 76048** | | DATE INCURRED:  **4/16/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $62,728.46 |
| ACCT #:  **280**<br>**GILBERT FRANCO**<br>**6907 E CO RD 64**<br>**MIDLAND, TX 79705** | | DATE INCURRED:  **4/6/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $79,726.91 |

Sheet no. ____**15**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $167,388.77

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                     Case No. __15-70135__
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx6103**<br>**GLOBE ENERGY SERVICES LLC**<br>**PO BOX 204676**<br>**DALLAS, TX 75320-4676** | | DATE INCURRED: **8/17/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,613.20 |
| ACCT #: **xx8288**<br>**GOT TO GO SOLUTIONS**<br>**PO BOX 490**<br>**CHICO, TX 76431** | | DATE INCURRED: **7/21/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $521.93 |
| ACCT #: **x9573**<br>**GRADYS WESTERN SUPPLY CO INC**<br>**PO BOX 429**<br>**PECOS, TX 79772** | | DATE INCURRED: **4/20/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $14,265.23 |
| ACCT #: **xx3640**<br>**Graves Dougherty Hearon & Moody**<br>**PO BOX 98**<br>**AUSTIN, TX 78767** | | DATE INCURRED: **8/20/2015**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $231.00 |
| ACCT #:<br>**GREAT AMERICAN INSURANCE GROUP**<br>**3561 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $363.53 |
| ACCT #: **xxx32CM**<br>**GULF COAST BROKERAGE INC**<br>**604 OSAGE ST**<br>**REFUGIO, TX 78377** | | DATE INCURRED: **5/31/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $71.50 |

Sheet no. ____16____ of ____40____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $18,066.39

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **H&H WATER STATION** <br> **P.O. BOX 3129** <br> **BIG SPRING, TX 79721** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $12.40 |
| ACCT #:  **xxx3009** <br> **HATFIELD AND COMPANY INC** <br> **PO BOX 910862** <br> **DALLAS, TX 75391** | | DATE INCURRED:  **7/10/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $8,262.32 |
| ACCT #: <br> **HILARYE GIBBS** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $486.34 |
| ACCT #:  **4317** <br> **HORSEPOWER ELECTRIC LLC** <br> **PO BOX 459** <br> **LOVINGTON, NM 88260** | | DATE INCURRED:  **12/29/2014** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $9,141.94 |
| ACCT #:  **110** <br> **HOWARDS JANITORIAL SERVICE** <br> **PO BOX 8755** <br> **MIDLAND, TX 79708** | | DATE INCURRED:  **8/21/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $1,965.24 |
| ACCT #:  **3921** <br> **HR COMPRESSION & SERVICES LLC** <br> **PO BOX 557** <br> **ARTESIA, NM 88211-0557** | | DATE INCURRED:  **6/28/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $1,849.66 |

Sheet no. ____**17**____ of ____**40**____ continuation sheets attached to                                    **Subtotal >**     $21,717.90
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                  Case No.  **15-70135**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx3010**<br>**INSIGHT DIRECT USA INC**<br><br>**P.O.B OX 731069**<br>**DALLAS, TX 73169** | | DATE INCURRED:  **9/9/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$43.06** |
| ACCT #:  **xxxx1317**<br>**Integrated Control Solutions**<br>**PO BOX 62276**<br>**MIDLAND, TX 79711** | | DATE INCURRED:  **3/1/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$111,391.19** |
| ACCT #:  **202**<br>**IOS TECH**<br>**PO BOX 4616**<br>**ROSWELL, NM 88202-4616** | | DATE INCURRED:  **9/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$1,215.39** |
| ACCT #:  **xx1007**<br>**ISC SALES INC**<br>**4421 TRADITION TRAIL**<br>**PLANO, TX 75093** | | DATE INCURRED:  **9/4/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,685.95** |
| ACCT #:  **7219**<br>**J&J RENTALS**<br>**PO BOX 1768**<br>**ANDREWS, TX 79714** | | DATE INCURRED:  **5/13/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$3,832.05** |
| ACCT #:<br>**J&J RENTALS & PUMP OUTS**<br>**P.O. BOX 602**<br>**PEARSALL, TX 78061** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$526.10** |

Sheet no. ____**18**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$119,693.74**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                                   Case No. **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **7297** <br> **J&J Roustabout & Backhoe Service** <br> **10601 E C RD 95** <br> **MIDLAND, TX 79706** | | DATE INCURRED:  **4/17/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $29,191.82 |
| ACCT #:  **x4689** <br> **J&S HOT OIL SERVICE LLC** <br> **PO BOX 1249** <br> **ODESSA, TX 79760** | | DATE INCURRED:  **4/23/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $1,500.00 |
| ACCT #: <br> **JACKIE RIOS** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $32.20 |
| ACCT #: <br> **JAKE FORRESTER** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $491.21 |
| ACCT #: <br> **JAMES HALE** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $68.48 |
| ACCT #:  **x7332** <br> **JC WELDING INC** <br> **PO BOX 135** <br> **JOSHUA, TX 76058** | | DATE INCURRED:  **6/2/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $5,535.00 |

Sheet no. _____**19**_____ of _____**40**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $36,818.71

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**JERRED GREEN** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $232.97 |
| ACCT #:  **1729**<br>**Joby Morris Welding & Construction**<br>**460 E ANITA RD**<br>**LAKE ARTHUR, NM 88253** | | DATE INCURRED:  **5/7/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,352.29 |
| ACCT #:<br>**JOE CORNETT** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $477.67 |
| ACCT #:  **592**<br>**JS PORTABLE STORAGE**<br>**131 CR 107-I**<br>**SEMINOLE, TX 79360** | | DATE INCURRED:  **9/1/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $385.00 |
| ACCT #:<br>**JUDAH OIL LLC CONSULTING**<br>**P.O. BOX 568**<br>**ARTESIA, NM 88221** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $12,649.91 |
| ACCT #:  **2676**<br>**KDR SUPPLY INC**<br>**PO BOX 10130**<br>**LIBERTY, TX 77575-7630** | | DATE INCURRED:  **4/22/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $25,122.48 |

Sheet no. ____**20**____ of ____**40**____ continuation sheets attached to                    **Subtotal >**    $40,220.32
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                           Case No.  **15-70135**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **KERRY JANEK** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $170.20 |
| ACCT #: **x9307** <br> **KNIGHT OIL TOOLS LLC** <br> **PO BOX 52823** <br> **LAFAYETTE, LA 70505-2823** | | DATE INCURRED: **5/27/2015** <br> CONSIDERATION: <br> REMARKS: | | | | $8,133.34 |
| ACCT #: **xx0762** <br> **KNIGHTEN MACHINE & SERVICE INC** <br> **PO BOX 12587** <br> **ODESSA, TX 79768** | | DATE INCURRED: **5/1/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $156,777.25 |
| ACCT #: **xxxx2817** <br> **KONICA MINOLTA** <br> **21146 NETWORK PLACE** <br> **CHICAGO, IL 60673-1211** | | DATE INCURRED: **9/17/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $1,921.75 |
| ACCT #: <br> **KONICA MINOLTA PREMIER FINANCE** <br> **P.O. BOX 790448** <br> **ST. LOUIS, MO 63179** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $170.79 |
| ACCT #: **x4194** <br> **L&R WELL SERVICE INC** <br> **PO BOX 1457** <br> **ARTESIA, NM 88211-1457** | | DATE INCURRED: **4/22/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $37,081.68 |

Sheet no. ____**21**____ of ____**40**____ continuation sheets attached to                                    **Subtotal >**        $204,255.01
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**  Case No. **15-70135**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **9703**<br>**LEGACY TRUCKING SERVICES LLC**<br>**PO BOX 2580**<br>**MIDLAND, TX 79711** | | DATE INCURRED:  **3/31/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$127.50** |
| ACCT #:  **2021**<br>**LEGENDARY PIPELINE CONSTRUCTIO**<br>**507 S HALEGUENO**<br>**CARLSBAD, NM 88220** | | DATE INCURRED:  **7/13/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$807.93** |
| ACCT #:  **xxxx2107**<br>**LIGHT TOWER RENTALS INC**<br>**2330 E I20 S SERVICE RD**<br>**ODESSA, TX 79760** | | DATE INCURRED:  **5/31/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$20,914.26** |
| ACCT #:  **xx0436**<br>**LIGHTNING MASTER CORP**<br>**PO BOX 6017**<br>**CLEARWATER, FL 33758-6017** | | DATE INCURRED:  **4/9/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$52,033.90** |
| ACCT #:  **xxx1007**<br>**LIONS TRANSPORT CORP**<br>**12210 MONTWOOD DR**<br>**STE 103-631**<br>**EL PASO, TX 79928** | | DATE INCURRED:  **5/19/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **xx762A**<br>**LITTLE JOHNS WELDING SERVICE**<br>**PO BOX 1146**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED:  **3/11/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$49,478.71** |

Sheet no. ____**22**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$125,362.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                     Case No.   **15-70135**
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx4775**<br>**LONE STAR OVERNIGHT**<br>**ATTN:  ACCOUNTING**<br>**P.O. BOX 188**<br>**HEBRONVILLE, TX 78361** | | DATE INCURRED:  **9/22/2015**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,267.90** |
| ACCT #:<br>**LONESTAR RANCH & OUTDOORS**<br>**P.O. BOX 220**<br>**BETTENDORF, IA 52722** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,372.00** |
| ACCT #:  **xx9854**<br>**LORETTAS ANSWERING SERVICE INC**<br>**PO BOX 5311**<br>**MIDLAND, TX 79704** | | DATE INCURRED:  **9/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$308.00** |
| ACCT #:<br>**LYNTEGAR ELECTRIC**<br>**P.O. BOX 970**<br>**TAHOKA, TX 79373** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$6,237.37** |
| ACCT #:  **xxx5216**<br>**M&W HOT OIL INC**<br>**PO BOX 69370**<br>**ODESSA, TX 79769** | | DATE INCURRED:  **4/16/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$3,672.92** |
| ACCT #:<br>**MAC OILFIELD SERVICES**<br>**P.O. BOX 188**<br>**HEBRONVILLE, TX 78361** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$17,163.36** |

Sheet no. ____**23**____ of ____**40**____ continuation sheets attached to                          **Subtotal >**          **$31,021.55**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x6496**<br>**MADRON SERVICES INC**<br>**PO BOX 1926**<br>**CARLSBAD, NM 88220** | | DATE INCURRED: **7/9/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$1,137.77** |
| ACCT #:  **9387**<br>**MARKS WATER WELL SERVICE INC**<br>**PO BOX 295**<br>**ODESSA, TX 79760** | | DATE INCURRED: **2/10/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$5,418.32** |
| ACCT #:  **6411**<br>**MARRS WELDING FABRICATION**<br>**PO BOX 156**<br>**LOCO HILLS, NM 88255** | | DATE INCURRED: **12/1/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$19,150.43** |
| ACCT #:  **xx2027**<br>**MARTIN IBARRA M&J TRUCKING INC**<br>**PO BOX 459**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED: **2/13/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$29,330.50** |
| ACCT #:  **xxxxx4000**<br>**MASTER PUMPS & POWER**<br>**PO BOX 678483**<br>**DALLAS, TX 75267-8483** | | DATE INCURRED: **7/15/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$3,532.55** |
| ACCT #:  **xxxx1150**<br>**MATHESON TRI GAS INC**<br>**PO BOX 123028**<br>**DEPT 3028**<br>**DALLAS, TX 75312** | | DATE INCURRED: **7/31/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$87.95** |

Sheet no. _____**24**_____ of _____**40**_____ continuation sheets attached to          **Subtotal >** | **$58,657.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**      Case No. **15-70135**

                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **72**<br>**MAVERICK TECHNICAL SOLUTIONS L**<br>**PO BOX 4616**<br>**ROSWELL, NM 88201** | | DATE INCURRED: **5/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $1,095.87 |
| ACCT #: **x1376**<br>**MAXEY ENGINEERING LLC**<br>**PO BOX 1361**<br>**ROSWELL, NM 88202** | | DATE INCURRED: **8/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $6,921.64 |
| ACCT #: **7457**<br>**MCKEE CONSULTING SERVICES INC**<br>**PO BOX 3130**<br>**CARLSBAD, NM 88221** | | DATE INCURRED: **4/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $23,725.58 |
| ACCT #: **xxx1155**<br>**MEDLEY MATERIAL HANDLING CO**<br>**PO BOX 26706**<br>**OKLAHOMA CITY, OK 73126** | | DATE INCURRED: **7/24/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $6,246.50 |
| ACCT #: **x0006**<br>**MH&M CONSTRUCTION**<br>**1109 N OKLAHOMA**<br>**FT STOCKTON, TX 79735** | | DATE INCURRED: **2/24/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $7,135.00 |
| ACCT #: **x0992**<br>**MIDLAND ENERGY LIBRARY INC**<br>**2900 W FRONT ST**<br>**MIDLAND, TX 79701** | | DATE INCURRED: **6/30/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $435.00 |

Sheet no. _____**25**_____ of _____**40**_____ continuation sheets attached to                **Subtotal >** | $45,559.59
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                   **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                                   Case No.   **15-70135**
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx3015**<br>**MIGUEL CORDERO**<br>**11373 TENAHA**<br>**EL PASO, TX 79936** | | DATE INCURRED:  **8/30/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$460.13** |
| ACCT #:  **xxxxx0244**<br>**MILTON SEILER LLC**<br>**PO BOX 380008**<br>**BIRMINGHAM, AL 35238-0008** | | DATE INCURRED:  **7/27/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$9,000.61** |
| ACCT #:  **xxxxx3721**<br>**MODULAR SPACE CORP**<br>**12603 COLLECTIONS CENTER DR**<br>**CHICAGO, IL 60693-0126** | | DATE INCURRED:  **9/2/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$332.99** |
| ACCT #:<br>**MONAHANS ELECTRIC**<br>**P.O. BOX 670367**<br>**DALLAS, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$17,391.30** |
| ACCT #:<br>**MOONLIGHT ENERGY SERVICES**<br>**P.O. BOX 2542**<br>**AMARILLO, TX 79105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$22,990.00** |
| ACCT #:  **xx5662**<br>**MPS ENTERPRISES INC**<br>**7607 W INDUSTRIAL AVE**<br>**MIDLAND, TX 79706** | | DATE INCURRED:  **8/14/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$928.09** |

Sheet no. _____**26**_____ of _____**40**_____ continuation sheets attached to             **Subtotal >**            **$51,103.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >**
                                                                 **(Use only on last page of the completed Schedule F.)**
                                                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                                   Case No.   **15-70135**
                                                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx3402**<br>**NABORS COMPLETION & PRODUCTION**<br>**PO BOX 975682**<br>**DALLAS, TX 75397-5682** | | DATE INCURRED:  **1/27/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,446.24** |
| ACCT #:  **268**<br>**NITRO ENERGY SERVICES**<br>**PO BOX 353**<br>**WOLFFORTH, TX 79382** | | DATE INCURRED:  **8/1/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$27,105.85** |
| ACCT #:  **xx3412**<br>**ODESSA PUMPS & EQUIPMENT INC**<br>**PO BOX 60429**<br>**MIDLAND, TX 79711-0429** | | DATE INCURRED:  **4/29/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$106,394.78** |
| ACCT #:  **3972**<br>**ONE SOURCE INDUSTRIAL SERVICES**<br>**PO BOX 4652**<br>**DEPT 793-5**<br>**HOUSTON, TX 77210-4652** | | DATE INCURRED:  **5/31/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$3,880.77** |
| ACCT #:  **x8639**<br>**ONYX CONTRACTORS OPERATIONS LP**<br>**PO BOX 60547**<br>**MIDLAND, TX 79711** | | DATE INCURRED:  **2/28/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$1,493.85** |
| ACCT #:  **6685**<br>**OVERBECK PROPERTIES**<br>**PO BOX 5874**<br>**MIDLAND, TX 79704** | | DATE INCURRED:  **8/17/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,610.00** |

Sheet no. ____**27**____ of ____**40**____ continuation sheets attached to                                    **Subtotal >**        **$153,931.49**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                           **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx4200<br>**PALMER OF TEXAS TANKS**<br>**PO BOX 890800**<br>**CHARLOTTE, NC 28289-0800** | | DATE INCURRED: **4/28/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $41,112.51 |
| ACCT #: x3268<br>**PATTERSON WELDING WORKS INC**<br>**2401 N PARKLAND AVE**<br>**ARTESIA, NM 88210** | | DATE INCURRED: **3/18/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $40,284.23 |
| ACCT #: 1941<br>**PAYZONE FIELD SERVICES LLC**<br>**PO BOX 4755**<br>**MIDLAND, TX 79704** | | DATE INCURRED: **8/10/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $11,161.30 |
| ACCT #:<br>**Penasco Valley Telecommunications**<br>**4011 WEST MAIN**<br>**ARTESIA, NM 88210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $79.46 |
| ACCT #: xx0352<br>**PERKROC INC**<br>**PO BOX 157**<br>**DBA STEVENSONROACH**<br>**ARTESIA, NM 88211-0157** | | DATE INCURRED: **3/11/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $34,536.44 |
| ACCT #: 4155<br>**PERMIAN SEPARATORS LLC**<br>**1890 HWY 137**<br>**STANTON, TX 79782** | | DATE INCURRED: **3/9/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $20,371.50 |

Sheet no. ____**28**____ of ____**40**____ continuation sheets attached to                    **Subtotal >** | $147,545.44
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                                     Case No.   **15-70135**
                                                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **2221**<br>**PERMITS WEST INC**<br>**37 VERANO LP**<br>**SANTA FE, NM 87508** | | DATE INCURRED:  **7/16/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $3,848.93 |
| ACCT #:  **xx2591**<br>**PINNERGY LTD**<br>**111 CONGRESS AVE**<br>**STE 2020**<br>**AUSTIN, TX 78701** | | DATE INCURRED:  **5/31/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $1,365.00 |
| ACCT #:  **xxxxxxxxU15L**<br>**PITNEY BOWES GLOBAL FINANCIAL**<br>**PO BOX 371887**<br>**PITTSBURGH, PA 15250-7887** | | DATE INCURRED:  **9/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $32.00 |
| ACCT #:  **8855**<br>**PRESSURE SERVICES LLC**<br>**PO BOX 732148**<br>**GULF COAST BUSINESS CREDIT**<br>**DALLAS, TX 75373-2148** | | DATE INCURRED:  **5/4/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $23,344.86 |
| ACCT #:<br>**PURCHASE POWER**<br>**P.O. BOX 371874**<br>**PITTSBURGH, PA 15250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $604.50 |
| ACCT #:  **x1273**<br>**R H TRUCKING**<br>**3018 S CO RD 1200**<br>**MIDLAND, TX 79706** | | DATE INCURRED:  **8/15/2014**<br>CONSIDERATION:<br>REMARKS: | | | | $267.50 |

Sheet no. _____**29**_____ of _____**40**_____ continuation sheets attached to            **Subtotal >**            $29,462.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5899**<br>**R360 PERMIAN BASIN REGION**<br>**PO BOX 671766**<br>**DALLAS, TX 75267-1766** | | DATE INCURRED:  **5/28/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$6,362.39** |
| ACCT #:  **x8093**<br>**RAMOS TRUCKING INC**<br>**3108 S COUNTY RD 1200**<br>**MIDLAND, TX 79706** | | DATE INCURRED:  **3/6/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,760.00** |
| ACCT #:  **3153**<br>**REALTIME ZONE INC**<br>**PO BOX 40**<br>**CEDAR CREST, NM 87008** | | DATE INCURRED:  **4/3/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$7,350.00** |
| ACCT #:  **xxxxxxxxAG15**<br>**RELIANT**<br>**PO BOX 120954**<br>**DALLAS, TX 75312-0954** | | DATE INCURRED:  **9/16/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$84,162.51** |
| ACCT #:  **x5227**<br>**REMEDIATION & ENVIRONMENTAL XPERTS,**<br>**PO BOX 991**<br>**LLANO, TX  78643-0991** | | DATE INCURRED:  **9/8/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$35,000.00** |
| ACCT #:<br>**REPUBLIC SERVICES 688**<br>**P.O. BOX 78829**<br>**PHOENIX, AZ 85062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$442.70** |

Sheet no. ____**30**____ of ____**40**____ continuation sheets attached to                    Subtotal >     **$135,077.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                                    (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                                    Case No.  **15-70135**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x8613**<br>**RGB LLC**<br>**PO BOX 5164**<br>**CARLSBAD, NM 88221-5164** | | DATE INCURRED:  **6/24/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$264.30** |
| ACCT #:  **xx7708**<br>**RIGDATA**<br>**PO BOX 820547**<br>**FORT WORTH, TX  76182-0547** | | DATE INCURRED:  **10/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$17.02** |
| ACCT #:  **xx3263**<br>**RK PUMP & SUPPLY**<br>**811 CENTRAL DR**<br>**ODESSA, TX 79761** | | DATE INCURRED:  **6/16/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$16,982.18** |
| ACCT #:  **xx5930**<br>**ROCKIN M SERVICES**<br>**PO BOX 459**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED:  **3/12/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$63,704.00** |
| ACCT #:  **xxx8946**<br>**ROGERS FORD**<br>**4200 W WALL**<br>**MIDLAND, TX 79703** | | DATE INCURRED:  **7/30/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,434.80** |
| ACCT #:  **x5183**<br>**ROYAL T ENERGY LLC**<br>**PO BOX 24010**<br>**HOUSTON, TX 77229** | | DATE INCURRED:  **2/11/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$27,687.50** |

Sheet no. ____**31**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$111,089.80**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                           Case No.  **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x1806**<br>**RWLS LLC DBA RENEGADE SERVICES**<br>**PO BOX 862**<br>**LEVELLAND, TX 79336** | | DATE INCURRED:  **5/11/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$28,347.10** |
| ACCT #:<br>**RYAN KENNEDY**<br>**4707 TEAKWOOD TRACE**<br>**MIDLAND, TX 79707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$208.84** |
| ACCT #:  **xxxx2006**<br>**Sabine Storage & Operations, Inc.**<br>**5718 WESTHEIMER**<br>**STE 1251**<br>**HOUSTON, TX 77057-5704** | | DATE INCURRED:  **10/29/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$127,754.84** |
| ACCT #:  **xxx4993**<br>**SAFETY INTERNATIONAL**<br>**PO BOX 201791**<br>**DALLAS, TX 75320-1791** | | DATE INCURRED:  **5/27/2015**<br>CONSIDERATION:<br>REMARKS: | | | | **$2,993.13** |
| ACCT #:<br>**SAMS CLUB SYNCHRONY BANK**<br>**P.O. BOX 530981**<br>**ATLANTA, GA 30353** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$6,086.28** |
| ACCT #:<br>**SANDOVAL SERVICES**<br>**P.O. BOX 2094**<br>**ANDREWS, TX 79714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,753.00** |

Sheet no. ____**32**____ of ____**40**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$168,143.19**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                         Case No. __15-70135__

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1016**<br>**SAPPHIRE OILFIELD SERVICES**<br>**PO BOX 1464**<br>**MONAHANS, TX 79756** | | DATE INCURRED:  **3/4/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $43,970.00 |
| ACCT #:  **xx4388**<br>**SELECT ENERGY SERVICES**<br>**PO BOX 203997**<br>**DALLAS, TX 75320-3997** | | DATE INCURRED:  **5/7/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,100.00 |
| ACCT #:  **1816**<br>**SHANNA'S OILFIELD SERVICE INC**<br>**PO BOX 596**<br>**FORSAN, TX 79733** | | DATE INCURRED:  **4/10/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $3,974.70 |
| ACCT #:  **xxxxxxxxAG15**<br>**SIERRA SPRINGS**<br>**PO BOX 660579**<br>**DALLAS, TX 75266-0579** | | DATE INCURRED:  **8/19/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $65.74 |
| ACCT #:  **x2209**<br>**SOC INDUSTRIES LLC**<br>**2324 FM 715**<br>**MIDLAND, TX 79706** | | DATE INCURRED:  **7/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $11,088.00 |
| ACCT #:  **xx2873**<br>**SOUTHERN SPECIALTIES TRANSP**<br>**PO BOX 3307**<br>**LAFAYETTE, LA 70502** | | DATE INCURRED:  **2/23/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $7,316.26 |

Sheet no. ____33____ of ____40____ continuation sheets attached to                                 **Subtotal >**          $67,514.70
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**SOUTHWEST TRANSPORTATION LLC**<br>**1523 SOUTH 1ST ST.**<br>**ARTESIA, NM 88210** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $39,371.27 |
| ACCT #:  **xxxxxx7286**<br>**SOUTHWESTERN WIRELESS INC**<br>**PO BOX 2528**<br>**ROSWELL, NM 88202** | | DATE INCURRED:  **9/25/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $80.19 |
| ACCT #:  **x1564**<br>**Spring Branch Water Well Services**<br>**PO BOX 1751**<br>**FORT STOCKTON, TX 79735** | | DATE INCURRED:  **3/27/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $12,691.03 |
| ACCT #:  **x6995**<br>**Standard Energy Services**<br>**PO BOX 203786**<br>**DALLAS, TX 75320-3786** | | DATE INCURRED:  **6/3/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $10,974.21 |
| ACCT #:  **xx5167**<br>**STANDARD OILFIELD SUPPLY INC**<br>**132591 LOVINGTON HWY**<br>**PO BOX 6**<br>**LOCO HILLS, NM 88255** | | DATE INCURRED:  **7/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $1,898.41 |
| ACCT #:<br>**STAPLES**<br>**P.O. BOX 414524**<br>**BOSTON, MA 02241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Product**<br>REMARKS: | | | | $376.57 |

Sheet no. ____**34**____ of ____**40**____ continuation sheets attached to                    **Subtotal >**          $65,391.68
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**　　　　　　　　Case No. **15-70135**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx2042**<br>**STAR ELECTRIC CO OF TEXAS**<br>**PO BOX 4577**<br>**ODESSA, TX 79760** | | DATE INCURRED:  **4/13/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $124,490.49 |
| ACCT #:  **xx3464**<br>**STELLAR OILFIELD**<br>**PO BOX 22328**<br>**HOUSTON, TX 77227** | | DATE INCURRED:  **6/30/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $3,159.08 |
| ACCT #:  **x5495**<br>**STEVE KENT TRUCKING NM LLC**<br>**PO BOX 1890**<br>**HOBBS, NM 88241** | | DATE INCURRED:  **12/19/2014**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $81,596.96 |
| ACCT #:<br>**STORM CONSTRUCTION LLC**<br>**P.O. BOX 1552**<br>**HOPE, NM 88250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $45,106.98 |
| ACCT #:  **x2737**<br>**SUBSURFACE LIBRARY**<br>**PO BOX 2538**<br>**MIDLAND, TX 79702** | | DATE INCURRED:  **7/31/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $637.62 |
| ACCT #:  **xxxx0591**<br>**SUN COAST RESOURCES INC**<br>**PO BOX 202603**<br>**DALLAS, TX  75320-1858** | | DATE INCURRED:  **9/18/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | $7,997.06 |

Sheet no. ____**35**____ of ____**40**____ continuation sheets attached to　　　　　　**Subtotal >**　　| $262,988.19 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
　　　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. __15-70135__
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  x4330 <br> **SUNDANCE SERVICES INC** <br> **21358 CO RD 1136** <br> **MATHIS, TX 78368** | | DATE INCURRED: **6/30/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$8,566.38** |
| ACCT #:  xx2154 <br> **SUPPLY STORE INC** <br> **132445 LOVINGTON HWY** <br> **PO BOX 4** <br> **LOCO HILLS, NM 88255** | | DATE INCURRED: **5/19/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$35,147.40** |
| ACCT #:  xxR42A <br> **TASCOSA OFFICE MACHINES** <br> **321 N MAIN ST** <br> **ROSWELL, NM 88201-4724** | | DATE INCURRED: **8/6/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$667.44** |
| ACCT #:  x9143 <br> **TERVITA SDS** <br> **PO BOX 840730** <br> **DALLAS, TX 75284-0730** | | DATE INCURRED: **3/19/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$6,017.50** |
| ACCT #: <br> **TEXAS MUTUAL INSURANCE COMPANY** <br> **P.O. BOX 841843** <br> **DALLAS, TX 75284** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$21,677.00** |
| ACCT #:  5216 <br> **TEXAS REEXCAVATION** <br> **PO BOX 925067** <br> **HOUSTON, TX 77292** | | DATE INCURRED: **2/27/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$5,000.00** |

Sheet no. ___36___ of ___40___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$77,075.72**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trinity Environmental SWD, L.L.C.**                                Case No.   **15-70135**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxOC15** <br> **TIME WARNER CABLE** <br> **PO BOX 60074** <br> **CITY OF INDUSTRY, CA 91716-0074** | | DATE INCURRED:  **9/22/2015** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$102.12** |
| ACCT #:  **x2666** <br> **TNT BACKHOE SERVICE** <br> **PO BOX 133** <br> **ARTESIA, NM 88211-0133** | | DATE INCURRED:  **12/18/2014** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$11,231.15** |
| ACCT #:  **xx3731** <br> **TOMMY WHITE SUPPLY INC** <br> **PO BOX 1709** <br> **MIDLAND, TX 797052** | | DATE INCURRED:  **6/2/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$56,676.38** |
| ACCT #:  **xx6146** <br> **TOPOGRAPHIC LAND SURVEYORS** <br> **2903 N BIG SPRING** <br> **MIDLAND, TX 79705** | | DATE INCURRED:  **2/9/2015** <br> CONSIDERATION: <br> REMARKS: | | | | **$1,791.00** |
| ACCT #:  **7975** <br> **TRANS PECOS ELECTRIC INC** <br> **PO BOX 1709** <br> **MIDLAND, TX 797052** | | DATE INCURRED:  **6/27/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$13,030.29** |
| ACCT #:  **3970** <br> **TRI R SERVICES INC** <br> **3811 TUMBLEWEED TRAIL** <br> **MIDLAND, TX 79707** | | DATE INCURRED:  **1/28/2015** <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | **$1,948.71** |

Sheet no. ____**37**____ of ____**40**____ continuation sheets attached to                          **Subtotal >**        **$84,779.65**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **5122** <br> **TRIPLE TS LININGS LLC** <br> **PO BOX 477** <br> **CARLSBAD, NM 88221** | | DATE INCURRED: **4/16/2015** <br> CONSIDERATION: **Unknown** <br> REMARKS: | | | | $109,660.32 |
| ACCT #: **x2233** <br> **TURBINESINC ODESSA LLC** <br> **960 S MEADOW AVE** <br> **ODESSA, TX 79761-5816** | | DATE INCURRED: **7/20/2015** <br> CONSIDERATION: <br> REMARKS: | | | | $1,048.60 |
| ACCT #: **xxxxx0132** <br> **TWIN CITIES TECHNOLOGIES** <br> **PO BOX 301392** <br> **DALLAS, TX 75303-1392** | | DATE INCURRED: **8/6/2015** <br> CONSIDERATION: **Unknown** <br> REMARKS: | | | | $3,400.48 |
| ACCT #: <br> **TXU ENERGY** <br> **P.O. BOX 650638** <br> **DALLAS, TX 75265** | | DATE INCURRED: <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $1,987.79 |
| ACCT #: <br> **UNITED COOPERATIVE SERVICES** <br> **P.O. BOX 961079** <br> **FORT WORTH, TX 76161** | | DATE INCURRED: <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $13,907.45 |
| ACCT #: **xxx6713** <br> **UNITED VISION LOGISTICS** <br> **PO BOX 975357** <br> **DALLAS, TX 75397-5357** | | DATE INCURRED: **5/8/2015** <br> CONSIDERATION: **Unknown** <br> REMARKS: | | | | $3,900.00 |

Sheet no. ____**38**____ of ____**40**____ continuation sheets attached to                    **Subtotal >**    $133,904.64
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinity Environmental SWD, L.L.C.**      Case No. **15-70135**

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**VERIZON WIRELESS**<br>**P.O. BOX 660108**<br>**DALLAS, TX 75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$776.08** |
| ACCT #: **6031**<br>**VOYAGER ENERGY SERVICES LLC**<br>**PO BOX 51992**<br>**AMARILLO, TX 79159** | | DATE INCURRED: **3/27/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$121,484.49** |
| ACCT #: **x7450**<br>**W&W ENERGY SERVICES INC**<br>**8820 NW LP 338**<br>**ODESSA, TX 79764** | | DATE INCURRED: **2/9/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$816.00** |
| ACCT #: **x5070**<br>**WAYNE ENTERPRISES INC**<br>**14300 HOLLISTER ST.**<br>**#100**<br>**HOUSTON, TX 77066** | | DATE INCURRED: **9/21/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$529.19** |
| ACCT #: **xxxx2003**<br>**WEX BANK**<br>**PO BOX 6293**<br>**CAROL STREAM, IL 60197** | | DATE INCURRED: **9/15/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$7,550.66** |
| ACCT #:<br>**WHEELER MOTOR COMPANY, INC.**<br>**P.O. BOX 770**<br>**STANTON, TX 79782** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$730.81** |

Sheet no. _____**39**_____ of _____**40**_____ continuation sheets attached to           **Subtotal >** | **$131,887.23**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          **Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinity Environmental SWD, L.L.C.**　　　　　　　　Case No.  **15-70135**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3544**<br>**WHITE HOUSE MEATS**<br>**7270 STATE HWY 191**<br>**SUITE 210**<br>**ODESSA, TX 79765** | | DATE INCURRED:  **8/11/2015**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$682.05** |
| ACCT #:  **4056**<br>**WHITE TRASH TRAILERS LLC**<br>**PO BOX 705**<br>**ARTESIA, NM 88211** | | DATE INCURRED:  **7/1/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$2,890.12** |
| ACCT #:  **x1660**<br>**WLP OILFIELD SERVICES LP**<br>**PO BOX 1270**<br>**MIDLAND, TX 79702** | | DATE INCURRED:  **3/19/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$98,455.34** |
| ACCT #:  **7676**<br>**WRH FISHING & RENTAL**<br>**PO BOX 6150**<br>**ROSWELL, NM 88202-6150** | | DATE INCURRED:  **5/28/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$14,310.86** |
| ACCT #:  **833**<br>**XPERT SAFETY LLC**<br>**PO BOX 6408**<br>**ABILENE, TX 79608** | | DATE INCURRED:  **6/8/2015**<br>CONSIDERATION:<br>**Unknown**<br>REMARKS: | | | | **$1,118.47** |
| | | | | | | |

Sheet no. ____**40**____ of ____**40**____ continuation sheets attached to　　　　　　　　　　　**Subtotal >** | **$117,456.84**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**　　**$4,503,825.42**
　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **2R Ranch, LLC**<br>P.O. Box 50820<br>Midland, TX 79710 | Spraberry Fresh and Brine Water Agreement |
| **A-A 1 Trucking, LLC**<br>10310 FM 307<br>Midland, TX 79706 | Master Service Agreement |
| **Apache Corporation**<br>2000 Post Oak Blvd.<br>Suite 100<br>Houston, TX 77056 | Master Service Agreement |
| **Balmorhea Ranches**<br>8708 Savannah Ave.<br>Lubbock, TX 79424 | Big Chief Saltwater Disposal Lease - Royalty Due Agreement |
| **Betty Moss**<br>P.O. Box 10728<br>Midland, TX 79702 | Viper Saltater Disposal Lease - Royalty Due Agreement |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**          Case No.  __15-70135_____

                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Blackhat Fabrication**<br>13717 Texas 171 South<br>Cresson, TX 76035 | Cresson Office Space |
| **Bureau of Land Management**<br>620 E. Greene St.<br>Carlsbad, NM 88220 | Cedar Lake Unloading Site and Road Right of Way |
| **Bureau of Land Management**<br>620 E. Greene St.<br>Carlsbad, NM 88220 | Cedar Lark SWD/Jamoca Right of Way |
| **Bureau of Land Management**<br>620 E. Greene St.<br>Carlsbad, NM 88220 | Cedar Lake SWD/Doc Stawin #2 Right of Way |
| **Bureau of Land Management**<br>620 E. Greene St.<br>Carlsbad, NM 88220 | Cedar lake SWD/Dow B 28 Well #1 Right of Way |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 Green Federal #1<br>Contract to be ASSUMED |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 Dow B 28 #1 |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 Doc Slawin #1 |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 Doc Slawin #2 |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 Jamoca<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                          Case No.  **15-70135**
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 NM Statewide Bond |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $25,000 T-Bone |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - 22,238 Lost Vehicle Title F150 2011 |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $36,900 Lost Vehicle Title F250 2012 |
| **Capitol Indemnity**<br>1600 Aspen Commons<br>Middleton, WI 53562 | Bond - $50,000 Trinity Environmental Services, LLC P-5 |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                                    Case No.  __**15-70135**_____
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CJ Energy Investments, LLC**<br>2500 N. FM 1788<br>Midland, TX 79707 | Midland Office Space |
| **Cory Hall**<br>2500 N. FM 1788<br>Midland, TX 79707 | Deep Six Royalty Agreement |
| **Ford Motor Credit Company**<br>One American Road<br>Dearborn, MI 48126 | Vehicle Finance |
| **Ford Motor Credit Company**<br>One American Road<br>Dearborn, MI 48126 | Vehicle Finance |
| **Ford Motor Credit Company**<br>One American Road<br>Dearborn, MI 48126 | Vehicle Finance |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                                    Case No.  __15-70135_____
                                                                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ford Motor Credit Company** <br> One American Road <br> Dearborn, MI 48126 | Vehicle Finance |
| **Fred Squire** <br> 1809 S. Midkiff <br> Midland, TX 79701 | Mustang Saltwater Disposal Lease - Royalty Due Agreement |
| **George W. Poage, Jr.** <br> P.O. Box 106 <br> Rankin, TX 79778 | Poage Saltwater Disposal Lease - Royalty Due Agreement |
| **Harlan Hopper** <br> P.O. Box 121 <br> Mentone, TX 79711 | Hopper Saltwater Disposal Lease - Royalty Due Agreement |
| **High Lonesome Investments, LLC** <br> 611 West Mahone, Suite E <br> Artesia, NM 88210 | Artesia Office Space |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Howle Family Testamentary Trust**<br>5412 South County Road 1200<br>Midland, TX 79706 | Howle Saltwater Disposal Lease - Royalty Due Agreement |
| **Hunt Oil Company**<br>1900 North Akard St.<br>Dallas, TX 75201 | Master Service Agreement |
| **Hunt Oil Company**<br>1900 North Akard St.<br>Dallas, TX 75201 | Pipeline and Disposal Agreement |
| **Integrated Control Solutions, LLC**<br>P.O. Box 9893<br>Midland, TX 79708 | Monitoring System License Agreement |
| **Integrated Control Solutions, LLC** | Monitoring System Service |

B6G (Official Form 6G) (12/07)

In re **Trinity Environmental SWD, L.L.C.**                              Case No. __15-70135_____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Interstate Explorations, LLC**<br>P.O. Box 984<br>Cisco, TX 76437 | Master Service Agreement |
| **JM Cox Resources, LP**<br>P.O. Box 2217<br>Midland, TX 79702 | Disposal and Pipeline Agreement |
| **Joho Enterprises, Inc.**<br>P.O. Box 1667<br>Ft. Stockton, TX 79735 | SWD Agreement |
| **K.C. Windham & Mindy Beard**<br>910 Bedford Drive<br>Midland, TX 79701 | Superior Produced Water Disposal Agreement - Royalty Due Agreement |
| **Konica Minolta Business Solutions**<br>100 Williams Dr.<br>Ramsey, NJ 07446 | Printer lease |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                                Case No.  __15-70135_____
                                                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 8*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Konica Minolta Business Solutions USA**<br>100 Williams Dr.<br>Ramsey, NJ 07446 | Printer Lease |
| **Larry and Callie Stevens**<br>2701 Sentinel Drive<br>Midland, TX 79701 | Midland Residential |
| **LMG Family Trust**<br>7510 WF 846<br>Knott, TX 79748 | Judge Saltwater Disposal Lease - Royalty Lease Agreement |
| **Michelle Boone Mauzy**<br>P.O. Box 891<br>Midland, TX 79702 | Boone Saltwater Disposal Lease - Royalty Due Agreement |
| **Nancy and Bob Hayter**<br>P.O. Box 685<br>Fort Stockton, TX 79735 | Produced Water Disposal Lease Agreement |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                     Case No.  **15-70135**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 9*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **One Source Communications**<br>1655 E. Arlington Blvd.<br>Greenville, NC 27858 | Communications Service |
| **OXY USA WTP LP**<br>5 Greenway Plaza, Suite 110<br>Houston, TX 77046 | Pipeline and Disposal Agreement |
| **OXY USA WTP LP**<br>P.O. Box 4294<br>Houston, TX 77210 | Pipeline and Disposal Agreement |
| **Randy Greer**<br>P.O. Box 9893<br>Midland, TX 79708 | Deep Six Royalty Agreement |
| **Reliant Energy Retail Services, LLC**<br>1201 Fannin St.<br>Houston, TX 77002 | Energy Transaction Confirmation |

B6G (Official Form 6G) (12/07)

In re **Trinity Environmental SWD, L.L.C.**                    Case No. __**15-70135**_____
                                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 10*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Robert Glossop**<br>P.O. Box 3<br>Midland, TX 79704 | Fannie Boyd Saltwater Disposal Lease - Royalty Due Agreement |
| **Rosewood Resources, Inc.**<br>2101 Cedar Springs Road<br>Suite 1500<br>Dallas, TX 75201 | Master Service Agreement |
| **RSP Permian, LLC**<br>200 N. Loraine St.<br>Suite 800<br>Midland, TX 79701 | Disposal and Pipeline Agreement |
| **Sanchez Oil & Gas Corporation**<br>Sanchez Energy Corporation<br>1000 Main St. #3000<br>Houston, TX 77002 | Master Service Agreement |
| **Sara L. Graham, Trustee**<br>P.O. Box 2377<br>Abilene, TX 79604 | Penrose Saltwater Disposal Lease - Royalty Due Agreement |

B6G (Official Form 6G) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No. __**15-70135**_____
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 11*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Schneir Brothers**<br>6959 Hilton Head Blvd.<br>San Angelo, TX 76904 | Duster Saltwater Disposal Lease - Royalty Due Agreement |
| **Southern Specialties Transportation**<br>P.O. Box 328<br>Easterwood, LA 70534 | Master Service Agreement |
| **State of New Mexico Commissioner**<br>of Public Lands<br>P.O. Box 1148<br>Santa Fe, NM 87504 | Salt Water Disposal Easement |
| **Sue Tindol, Darla Dotty,**<br>Debra Reed, Sammy Buchanan<br>8002 Old Colorado City Hwy<br>Big Spring, TX 79702 | Senza Saltwater Disposal Lease - Roaylty Due Agreement |
| **Supreme Vacuum Services, LLC**<br>P.O. Box 189<br>Karnes City, TX 78118 | Master Service Agreement |

B6G (Official Form 6G) (12/07)

In re **Trinity Environmental SWD, L.L.C.**                    Case No. __**15-70135**_____
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 12*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Texas Gathering Company, LLC**<br>9830 Colonnade Blvd. #300<br>San Antonio, TX 78230 | Master Service Agreement, as amended 12/01/14 and 01/01/15 |
| **Three Rivers Operating Company III**<br>5301 Southwest Parkway #400<br>Austin, TX 78735 | Master Service Agreement |
| **Ton Estes Estate and Billie Estes**<br>710 North 23rd<br>Lamesa, TX 79702 | Charger Saltwater Disposal Lease - Royalty Due Agreement |
| **WP Ranches Family Ltd. Partnership**<br>8400 FM 501 West<br>Cherokee, TX 76832 | Deep Six Grazing Lease |

B6H (Official Form 6H) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                    Case No.  **15-70135**

                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CCNG Energy Partners GP, LLC**<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |
| **CCNG Energy Partners, LP**<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |
| **Moss Bluff Property, LLC**<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |
| **Trinity Environmental Catarina**<br>SWD, LLC<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |
| **Trinity Environmental Services, LLC**<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |
| **Trinity Environmental Titan**<br>Trucking, LLC<br>13443 Highway 71 West<br>Bee Cave, TX 78738 | **Guggenheim Corporate Funding,**<br>Administrative Agent for various lenders<br>Attn:  Kaitlyn Trihn<br>330 Madison Ave., 10th Floor<br>New York, NY 10017 |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re **Trinity Environmental SWD, L.L.C.**          Case No.   **15-70135**

                                                    Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,518,874.24 | | |
| B - Personal Property | Yes | 5 | $114,895,593.60 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $186,490,986.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $269,413.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | $4,503,825.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 13 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 67 | $116,414,467.84 | $191,264,225.54 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Trinity Environmental SWD, L.L.C.**                                    Case No.  __15-70135_____
                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*CEO*_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**69**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __11/25/2015_____          Signature __*/s/ Daniel B. Porter*_____
                                                                                                *Daniel B. Porter*
                                                                                                *CEO*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In re:   **Trinity Environmental SWD, L.L.C.**                                      Case No.   **15-70135**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,687,213.00** | **01/01/13 - 12/31/13** |
| **$36,047,804.00** | **01/01/14 - 12/31/14** |
| **$22,896,215.00** | **01/01/15 - 10/11/15** |

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit A** | | **$4,297,503.57** | |

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☐

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit B** | | **$209,905.43** | |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **Trinity Environmental SWD, L.L.C.**                                    Case No.  **15-70135**
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See Exhibit C | | | |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 7. Gifts

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| SOC Trucking<br>2324 FM 715<br>Midland, TX 79706 | Customer | 12/19/14 | Vizio TV - $420.00 |

---

None ☐

### 8. Losses

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Cedar Lake Unloading Station County Road 222 near Logo Hills, NM | Fire due to wire shorting out | 4/25/14 |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **Trinity Environmental SWD, L.L.C.**                                    Case No.  **15-70135**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

**Insurance paid $52,236.13 of $77,236.13 claim; $25,000 deductible**

**Charger SWD (10 miles west of Patricia (TX 137/TX 115 intersection) and 17 miles east of FM 1788/TX 115 intersection**          **Fire due to lightning**                                    **10/22/15**

**$100,000 deductible (total damages is currently being determined)**

---

None ☑
## 9. Payments related to debt counseling or bankruptcy
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

---

None ☑
## 10. Other transfers
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑
## 11. Closed financial accounts
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
## 12. Safe deposit boxes
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
## 13. Setoffs
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
## 14. Property held for another person
List all property owned by another person that the debtor holds or controls.



B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:   **Trinity Environmental SWD, L.L.C.**                    Case No.   **15-70135**
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑ **15. Prior address of debtor**

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑ **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☐ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Poage Highway 67 Rankin, Texas | Railroad Commission of Texas 10 Desta Drive, Suite 500 E Midland, Texas 79705 | 12/05/14 | |
| Howle Highway 349 Midkiff, Texas | Railroad Commission of Texas 10 Desta Drive, Suite 500 E Midland, Texas 79705 | 01/28/15 | |
| Superior FM 1787 Midland, Texas | Railroad Commission of Texas 10 Desta Drive, Suite 500 E Midland, Texas 79705 | 11/06/15 | |
| Gillett (Wilke) SWD Highway 80 Gillett, Texas | Texas Commission on Environmental Quality | 07/08/14 | |
| Moss Bluff 9807 FM 563 Liberty County, Texas | Texas Commission on Environmental Quality | 12/01/11 | |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In re:  **Trinity Environmental SWD, L.L.C.**                  Case No.  __15-70135_____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☐    Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Judge<br>Highway 137<br>Martin County, Texas | Railroad Commission of Texas<br>10 Desta Drive, Suite 500 E<br>Midland, Texas 79705 | 05/29/13 | |
| Penrose<br>Interstate 20<br>Midland County, Texas | Railroad Commission of Texas<br>10 Desta Drive, Suite 500 E<br>Midland, Texas 79705 | 09/17/13 | |
| Charger<br>Highway 115<br>Dawson County, Texas | Railroad Commission of Texas<br>10 Desta Drive, Suite 500 E<br>Midland, Texas 79705 | 10/22/15 | |

---

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☐    or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| None | | |

---

None
☐

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| Trinity Environmental SWD, LLC<br>13443 Highway 71 West<br>Bee Cave, TX 78738<br>Tax Payer ID No. 46-2717020 | Salt Water Disposal | 05/17/13 |

---

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In re:  **Trinity Environmental SWD, L.L.C.**                     Case No.  **15-70135**
                                                                                     (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John Thomas**<br>**13443 Highway 71 West**<br>**Bee Cave, TX 78738** | **05/17/13 - 10/31/14** |
| **Gabriela Santos**<br>**13443 Highway 71 West**<br>**Bee Cave, TX 78738** | **01/13/14 - 11/20/15** |
| **Travis Wright**<br>**13443 Highway 71 West**<br>**Bee Cave, TX 78738** | **09/15/14** |
| **Brian Lang**<br>**13443 Highway 71 West**<br>**Bee Cave, TX 78738** | **01/01/14 - 04/24/15** |
| **Sherri Taylor-Duval**<br>**13443 Highway 71 West**<br>**Bee Cave, TX 78738** | **05/06/15 - 09/11/15** |

---

None ☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **See Exhibit D** | |

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re: **Trinity Environmental SWD, L.L.C.**                    Case No. **15-70135**
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☒    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☒    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| CCNG Energy Partners, LP | | 100% membership interest |

---

### 22. Former partners, officers, directors and shareholders

None
☐    a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| John Turner | 05/13/15 |
| Chief Financial Officer | |

---

None
☒    b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☐    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| CCNG Energy Partners, LP | 80-0921109 |

---

### 25. Pension Funds

None
☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **Trinity Environmental SWD, L.L.C.**                     Case No.    **15-70135**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **11/25/2015**                     Signature   **/s/ Daniel B. Porter**

**Daniel B. Porter**
**CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*